AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

DOA:  3/7/2025

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Enrrique Ricardo Diaz Vazquez, | ) |
| a.k.a. Gene Edward | ) |
| Katzorke | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Case No.

25-8204MJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about May 20, 2022 at or near Phoenix, in the District of Arizona, the defendant, ENRRIQUE RICARDO DIAZ VAZQUEZ, willfully and knowingly made a false statement in an application for a passport renewal, Form DS-82, with the intent to induce or secure the issuance of a passport under the authority of the United States for his own use contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws, in that in such application he represented under penalty of perjury that 1) he was Gene Edward Katzorke, 2) he was born on August 6, 1964, 3) he was born in Tucson, Arizona and 4) he was a United States Citizen, which statements he knew to be false.

In violation of Title 18, United States Code, Section 1542.

This criminal complaint is based on these facts:

See Attached Statement of Probable Cause, Incorporated by Reference Herein

☒ Continued on the attached sheet.

Approved by and assigned to SAUSA Sydney Yew

*Sy*

Sworn to before me and signed in my presence.

Date:   3/8/2025

City and state:   Phoenix, Arizona

*Sonia Grigorian*
_____
*Complainant's signature*

DSS Special Agent Sonia Grigorian
_____
*Printed name and title*

*John Boyle*
_____
*Judge's signature*

Honorable John Z. Boyle, U.S. Magistrate Judge
_____
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Sonia Grigorian, Diplomatic Security Service Special Agent - being duly sworn, declare and state as follows:

## INTRODUCTION AND BACKGROUND OF AFFIANT

1.     Your Affiant is a Special Agent currently assigned to Diplomatic Security Service (DSS) Tucson Resident Office.  DSS conducts investigations of passport and visa fraud, protects the Secretary of State, foreign dignitaries, and other persons under the authority if the United States Code. These investigations are often coordinated with personnel from federal and local and state law enforcement officers. I have received specialized training regarding document fraud offenses including passport, visa, immigration law, physical and electronic surveillance techniques, witness interviewing, and criminal investigations. Through specialized training and experience, I am able to identify characteristics, patterns, and evidence of document fraud offenses. I have also been personally involved in investigations concerning violations of 18 U.S.C. §§ 1542, 1544 and 1546, and have participated in the execution of multiple search warrants, arrest warrants and surveillance operations.

2.     In preparing this Affidavit, I conferred with other law enforcement officials, who share the opinions and conclusions stated herein.  I have personal knowledge of the following facts or have learned them from other law enforcement officers.  I also relied on my training, experience, and background in law enforcement to evaluate this information.   Since this Affidavit is being submitted for the limited purpose of establishing probable cause for a complaint, I have not included each and every fact or source of information establishing the violation of federal law.

## PROBABLE CAUSE

3.     On May 20, 2022, an individual purporting to be Gene Edward Katzorke ("Katzorke"), born in Tucson, Arizona, on August 6, 1964, executed an application for United States Passport Renewal, Form DS-82 (the "2022 passport renewal application"). In support of his identity and citizenship claims, the purported Katzorke submitted a

previously issued U.S. Passport. This application was flagged for investigation due to a late issuance of a social security number ending in 1986, as well as a December 1966 obituary for a Gene Edward Katzorke.

4.      A review of previous U.S. Passport applications for Katzorke revealed that on or about May 16, 1986, a Gene Edward Katzorke submitted an initial passport application.  As proof of identity and citizenship, the applicant presented an Arizona driver license and a U.S. birth certificate. This application resulted in an issuance of a U.S. Passport and additional U.S. Passport applications for Gene Edward Katzorke were submitted in 2001, 2012, 2022 and twice in 2024.

5.      During the investigation, DSS agents discovered an obituary in the Tucson Daily Citizen for a "Gene E Katzorke," a male who was born on August 6, 1964 and who passed away on December 23, 1966 at the age of 2 years old. DSS Agents discovered the real Katzorke was survived by his parents and siblings, including his sister Lou Ann. DSS Agents confirmed that the real Katzorke was buried at the Holy Hope Cemetery in Tucson, Arizona, where his gravestone reads that he was born on August 6, 1964, and died December 23, 1966.

6.      On September 4, 2024, Agents conducted an interview with Lou Ann Simmons ("Simmons"), the sister of the real Katzorke, and her husband Richard Simmons. Simmons stated that she had a younger brother named Gene Edward Katzorke, who died as a child in Denver Colorado when he was two or three years old and was buried in Tucson, Arizona. Based on this information, DSS Agents were able to locate a State of Colorado Death Certificate for the real Katzorke.  The death certificate provided that Gene Edward Katzorke died at the Denver Colorado General Hospital on December 23, 1966, at the age of 2.  The death certificate also lists his date of birth as August 6, 1964.

7.      Law Enforcement records checks produced a criminal history record for the purported Katzorke, where it linked Katzorke with the aliases of Enrique Ricardo Diaz Vasquez and Richard Henry Diaz.  Later investigation revealed the purported Katzorke's true name as ENRRIQUE RICARDO DIAZ VAZQUEZ ("DIAZ VAZQUEZ").  DIAZ

VAZQUEZ has a prior arrest for homicide involving a nine-month-old infant in Tucson, Arizona, in 1988. The homicide charge was ultimately dismissed on appeal.

8.      DSS Agents found and reviewed a Tucson Police Department (TPD) report where the report identifies DIAZ VAZQUEZ's cousin as Jose Aguirre Diaz ("Aguirre"), who lived at an address in Tucson, Arizona. This is the same address listed on the U.S. Passport executed in 1986 in the name of Katzorke.

9.      On July 8, 2024, Agents conducted an interview with Aguirre in San Tan Valley, Arizona. Aguirre stated that he has one cousin in Arizona, and he goes by the name Gene Katzorke. Aguirre later stated his cousin's true name is Ricardo Diaz, and that he was always referred to as "Richie" while growing up. According to Aguirre, several years ago, the purported Katzorke told Aguirre that his name was now Gene. Agents told Aguirre that they believed the true name of the purported Katzorke was DIAZ VAZQUEZ. Aguirre was shown a photograph from Katzorke's 2022 passport application and Aguirre positively identified the purported Katzorke as DIAZ VAZQUEZ. According to Aguirre, DIAZ VAZQUEZ was raised in Guadalajara, Mexico and his mother's name is Maria De La Paz.

10.     In July 2024, DSS Agents located a Mexican birth record registered for DIAZ VAZQUEZ that showed DIAZ VAZQUEZ was born in November 1964, in Guadalajara Jalisco, Mexico. DIAZ VAZQUEZ's parents are listed as Enrrique Ricardo Diaz Zepeda and Maria De La Paz Vazquez De Diaz. On July 18, 2024, U.S. Consulate General Guadalajara obtained an apostille for Mexican birth record in the name of DIAZ VAZQUEZ born in November 1964, in Guadalajara, Jalisco, Mexico.

11.     On March 7, 2025, DIAZ VAZQUEZ, claiming to be passport applicant Gene Edward Katzorke, arrived at the Western Passport Center (WPC) during a regularly scheduled appointment regarding his most recent passport applications pending with WPC. Katzorke was accompanied by his wife and voluntary entered the WPC. Prior to the interview, DSS Special Agent Sonia Grigorian and Investigative Specialist Thomas Seidenkranz presented their department issued credentials and identified themselves. During the interview, DIAZ VAZQUEZ confirmed with Special Agent (SA) Grigorian and

Investigative Specialist (IS) Seidenkranz that he mailed his 2022 U.S. passport from Arizona. He also stated that he applied for another passport renewal on August 1, 2024.

12.    At approximately 11:10 a.m., DSS Special Agents Justin Zumwalde and Sonia Grigorian placed DIAZ VAZQUEZ under arrest for passport fraud. DIAZ VAZQUEZ waived his *Miranda* rights and agreed to speak to agents. During the interview, DIAZ VAZQUEZ said he wanted to join the U.S. military but the recruiter stated he could not enlist because he was not a U.S. citizen. DIAZ VAZQUEZ stated the military recruiter informed him to obtain a birth certificate of a deceased baby so he could join the military. DIAZ VAZQUEZ informed agents he then went to a cemetery and looked at gravesites of young children to pick a name. Thereafter, he called the military recruiter and told him he had selected the name, Gene Edward Katzorke.

13.    DIAZ VAZQUEZ stated after he joined the military, he got into trouble with the law and was prosecuted under the name Katzorke. He fled to Mexico but was later deported from Mexico to the United States under the name Katzorke as officials believed he was a U.S. Citizen. DIAZ VAZQUEZ confirmed his real name, Enrrique Diaz Vazquez, his real date of birth in November 1964 and that he was born in Guadalajara, Mexico.

14.    Based on the facts and circumstances stated in this Affidavit, I submit there is probable cause to believe that the defendant, Enrrique Ricardo Diaz Vazquez, willfully and knowingly made a false statement in an application for a passport renewal Form DS-82 with the intent to induce or secure the issuance of a passport under the authority of the United States for his own use contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws, in that while making an application for United States passport, the defendant swore under penalty of perjury that he was Gene

/ / /

/ / /

Edward Katzorke, a United States Citizen, born in Tucson, Arizona, on August 06, 1964,

which statements he knew to be false, in violation of Title 18, United States Code, Section 1542.

*Sonia Grigorian*

_____

Sonia Grigorian
Special Agent
Diplomatic Security Service


Electronically signed and telephonically sworn to before me this __8__ day of March, 2025

_____

HONORABLE JOHN Z. BOYLE
United States Magistrate Judge