**From:** gaking14@cox.net
**Subject:** Character Reference
**Date:** March 19, 2025 at 9:04 PM
**To:** kristenr2665@gmail.com



Character Reference email for Gene Katzorke:

--------------------------------------------------------------------------------
**Who am I:**
My name is Greg King.  I work in the financial industry as an Information Security
Engineering Manager.


**How do I know Gene Katzorke:**
I know Gene Katzorke through a working relationship. I was the technical lead and senior
manager of a team we both worked on. Gene worked under me for approximately 5 years.
During that time Gene managed physical infrastructure deployments for the team I
managed.  After I left the company for another job, Gene and I continued to stay in touch
and met for lunch periodically.


**Gene Katzorke positive qualities:**
As I stated above, my relationship was primarily professional and was work related through
the time we both worked at the same company. We remain in touch after I left the
company.   In the time I worked with Gene, He was very hard working and I could always
rely on him to complete his tasks on time and ensure the work was done per the agreed
upon requirements. He was always professional and courteous. He was very collaborative
and built relationships with other teammates on the team as well as beyond the team.
During that time, he grew his knowledge of the products the team managed and became
the technical lead of those products. When I left company I was confident he had the skills,
and personality to continue to ensure the products were deployed without my oversight.
 Gene has  a great, friendly personality and it enabled him to build relationships. I enjoyed
my time working with Gene and meeting with him for lunch periodically even after I moved
on to a different company.
--------------------------------------------------------------------------------

From: **Jonah Barker** jonah.barker4@gmail.com
Subject: Gene letter
Date: March 19, 2025 at 7:06 AM
To: kristenr2665@gmail.com

Gene Letter

My name is Jonah Barker, and I am the boyfriend of Carolina Sandlin, Gene Katzorke's stepdaughter. I reside in Wellington, CO and have worked in environmental science/health related fields for the last 5 years since graduating from University of Illinois.

Due to living in different states, my time around Gene has been limited to weekend visits and FaceTime calls catching up with Carolina and I.

Despite these limitations, my time interacting with Gene has been meaningful. The content of Gene's character was on display very quickly after meeting him and the times following. He is a man who clearly upholds the values we stand for in this country, as he is a loving family man who has worked very hard to build the life he has here today. In addition, Gene is simply a pleasure to be around, with wisdom to be shared and an infectious sense of humor. Lastly, Gene Katzorke is a patriot who has served our country and was prepared to make the ultimate sacrifice to defend our freedoms.

Please strongly consider these facts when determining the outcome of Gene's case. Thank you.

Sincerely, Jonah Barker

March 19, 2025

Dear Honorable Judge,

My name is Mark Alexander.  I am a US born AZ resident, married with one child.  I am 55 years old and a college graduate. While recently retired, I've owned two successful IT service companies and consistently exceeded goals and expectations in my previous roles with various software and IT manufacturing organizations, receiving top recognition for outstanding performance.  I am also an upstanding member of society with a clean driving record and no criminal background.

Approximately ten years ago, I met Gene Katzorke while he was working as Director of Security for Apriva and I was a sales rep for Thales Security systems.  From the moment I met Gene I knew we would be lifelong friends. Gene and I would talk or see each other daily for the first 5 years, discussing business security issues and details of our private life.  Following our business relationship, we would get together monthly, and our spouses and children are friends.  In short, I have come to know Gene very well over many years both professionally and personally as an exceptional business colleague, veteran, parent, and friend.

I'm not sure how all this happened to Gene, but a better human being would be hard to find. Gene represents everything desirable about humanity: kindness, generosity, bravery, patience and loyalty, not only to his friends but to the USA.  These attributes make him someone I've chosen to keep as a close and personal friend.   Gene is also a brilliant Cryptographic engineer. His knowledge of the PKI industry and certificate management is second to none, reflecting his dedication to doing an exceptional job.  This has resulted in protecting billions of credit card transactions for US citizens and companies spanning his career in the United States.  The loss of his expertise would be a blow to Cyber Security for U.S. consumers, as these skills are not easily replaced.

In conclusion, Gene Katzorke is proven to be an outstanding colleague, friend, and asset to his employers and the USA.  I hope you consider this reference when determining the outcome of his case.

Sincerely,

Mark C. Alexander

If more info is needed:

Email: Mark.alexander@mail.com

Cell: 602-318-5638

**From:** **Robbie P** poseiden79@gmail.com
**Subject:** Gene - Character letter
**Date:** March 19, 2025 at 8:43 AM
**To:** Kristenr2665@gmail.com

To whom it may concern.

My name is Robert Pond. I live in Surprise Arizona. I have a Master's Degree from Keller Graduate School if Management in Network and Communications Management. I graduated in 2014 with Suma Cum Laude honors. I have been working for PayPal for the last almost 5 years. I was never able to serve in the military, so I went straight to school and working. I have been working as a security engineer in my field for about 12 or 13 years. I have been married for 23 years and have 4 amazing kids under my belt.

I have known Gene K since I started working for PayPal in 2020. Gene and I interact on a daily basis because of the nature of our cryptographic and HSM (hardware security module) work that we do for PayPal. I work directly with Gene in our office anywhere from 1-3 days a week, depending on the work we need to do. I watch Gene diligently working on several projects at the same time, whenever we are in the office. Gene and I travel together for work trips at least 4 times a year to perform several hardware and security posture projects. I witness Gene all the time talking face to face and in meetings about very difficult and time consuming projects.

Gene has always been a great mentor to me. He has helped keep me honest in the work I am always performing and always providing very positive and constructive feedback on how I do the day to day things at the office. Gene is also very easy to talk to. He and I will just shoot the breeze about all kinds of topics all the time. I always observe how much he admires and loves his wife and dogs. He is and has always been very dedicated to his job. I have never seen Gene do anything or say anything that would cause me to question his integrity or authenticity. Gene is an outstanding friend.

Sincerely,

Robert Pond

From: **Carolina Sandlin** csandlin94@gmail.com
Subject: Letter for Gene
Date: March 19, 2025 at 7:09 AM
To: Mom kristenr2665@gmail.com

To whom it may concern,

My name is Carolina Sandlin and I am the step-daughter of Gene Katzorke. Gene and my mother got married and 2015, and I have known him since 2011; 14 years of my life. I live in Wellington, Colorado, and since graduating with my bachelors degree from Colorado State University, I have taught secondary education for 9 years.

I believe that I know Gene very well and have grown to care deeply for him over these 14 years. I have seen Gene probably 3-5 times each year for long visits, being that I've lived in Colorado and him in Arizona, but those visits have brought us closer each time.

Gene is one of the kindest people I have ever met. He and my mother have built a wonderful life together and have even shared their good fortune in helping me purchase my first home in April of 2024. Gene is a crypto engineer for PayPal and was previously the head of security for US Airways. He is an incredibly intelligent man and builds and repairs computers in his spare time. He served in the United States Army and still shows unwavering dedication to veterans and often donates to veteran causes. Gene is a law-abiding citizen through-and-through and has been positively contributing to the American economy for over 40 years.

I write all of this in hopes that we can see his release. Gene is absolutely not a threat to America or its citizens. He is a kind-hearted, hard-working American who has served our country and shows more patriotism than many naturally-born citizens.

With my sincerest gratitude,

Carolina Sandlin

My name is Steven Rosonina,  I am a U.S. born citizen currently based in Arizona. I hold a degree in mechanical engineering from university, where I gained extensive technical training. Additionally, I have pursued advanced studies in computer science, which has significantly expanded my expertise in the rapidly evolving field of cryptographic technologies.

Currently, I am the founder and owner of a consulting firm that specializes in cryptographic solutions. My organization focuses on providing cutting-edge cryptographic services to businesses within the commercial sector, helping them address complex challenges related to data security, privacy, and digital infrastructure. With a strong foundation in both engineering and computer science, I am passionate about delivering innovative and secure solutions that empower organizations to thrive in the digital age.

Gene was a valued employee of mine for approximately four years at PayPal, where he worked as a Security Engineer on the Cryptographic and Encryption team. During his tenure, Gene demonstrated a high level of expertise and dedication in ensuring the security and integrity of our systems through advanced cryptographic and encryption solutions

Gene was an outstanding employee at PayPal, and his honesty and integrity were foundational to both his personal character and professional work ethic. He consistently exhibited transparency in all of his interactions, whether with colleagues, clients, or senior leadership. His commitment to honesty transcended mere truth-telling—it fostered a culture of trust and openness that significantly enhanced collaboration and problem-solving. Gene was never hesitant to speak up when something wasn't right, addressing issues proactively and ensuring that potential risks were mitigated before they could escalate.

His approach to challenges was rooted in fairness and respect, making him a reliable source of guidance and support for his peers. While Gene's technical expertise was undeniably strong, it was his character that truly set him apart. He led by example, and his unwavering dedication to doing what was right, even in difficult circumstances, inspired those around him. His presence within the team created a sense of security, knowing that his integrity would guide both projects and decisions toward the best outcomes. Gene's contributions to PayPal went beyond simply fulfilling his duties; he cultivated an environment where trust and collaboration thrived, making him an invaluable asset to the organization.

On a personal level, I hold Gene in the highest regard. His professionalism, work ethic, and personal integrity have left a lasting impression on me. Beyond his technical skills, which are exceptional, it is his unwavering commitment to doing the right thing and his ability to foster a positive, collaborative work environment that truly stand out. Gene's approach to problem-solving and his willingness to support others, regardless of the challenges, have made him someone I deeply respect. His ability to remain calm and focused under pressure, combined with his sincere dedication to the success of the team, makes him not only an asset to any organization but also a person I would readily recommend without hesitation. Working alongside him was both a privilege and a rewarding experience

Kristen N. Rose

March 18, 2025

Dear Honorable Judge,

My name is Kristen Rose, and I have had the privilege of being Gene Katzorke's wife for 10 years and his loving partner for 15 years. In addition to being a devoted wife, I am a Wealth Manager with 23 years of experience, a mother to three amazing children, a stepmother to three more wonderful children, a loyal friend, a caring daughter to my mother in Tucson, and a proud sister to three brothers—two of whom served in the U.S. Military and are veterans. My late father, a Vietnam Veteran, also left a lasting impression on my commitment to service and family.

I have spent my life equally between California, Colorado, and Arizona, and for the past 20 years, I have called Arizona home—15 of those years in Phoenix. I am a college graduate with a degree in Human Biology with an emphasis in Physics. Although my initial goal was to pursue medical school, my strong desire to help people led me to financial planning and wealth management for individual investors. Since 2011, I have built a fulfilling career at Corebridge Financial, proudly serving Phoenix and the surrounding communities. While I take pride in my professional accomplishments, I owe much of my success to my husband, Gene. His unwavering love and steadfast support have been my anchor. Without him, I would face unimaginable challenges. I love him deeply.

Gene and I met in 2011 on a blind date and we have been inseparable ever since. We've shared countless adventures, from motorcycle rides across Arizona to hiking trips at the Grand Canyon, mountain biking through Flagstaff, and enjoying peaceful weekends in Sedona, Tombstone, and Bisbee. One of our favorite routines is going to LA Fitness where Gene has been a member for over 30 years. It's heartwarming to see him exchange greetings with the maintenance staff, demonstrating his genuine care for those around him.

People often joke that Gene and I are "attached at the hip," but I wouldn't have it any other way. He is my best friend, my husband, and my soulmate. Spending so much time with him has shown me his true character. Gene is a selfless and kind-hearted person, always willing to help others—whether it's his children, co-workers, managers, our pets, friends, family, or our community. His generosity knows no bounds, and I often have to remind him to take time for himself to recharge; the gym has always been his sanctuary.

Gene takes immense pride in his service to our country as a U.S. Army Veteran. He fondly recalls his time at Harmony Church (Fort Benning) and cherishes the memory of his Staff Sergeant Pataki. A few years ago, Gene tracked down his former Sergeant here in Phoenix and surprised him at his workplace. They stood together, tears in their eyes, reminiscing for hours. Gene frequently shares stories from his service days with me, even joking about the broken-down WWII barracks at Fort Benning they had to sleep in. His humility and patriotism are constant reminders of his deep love for our country.

His dedication extends to his professional career as well. Gene wakes up at 4:30 AM, committed to ensuring the smooth operation of PayPal's services as a Crypto Cloud Security Engineer. He often stays up much later than he should just to check his emails one more time, ensuring that the projects he is running at PayPal are operating smoothly. His impressive 30-year career in advanced technology includes leadership roles such as Chief Information Security Officer at US Airways and Director of Information Security at Apriva. His vast network of colleagues is a testament to his professionalism and dedication.

In his spare time, Gene enjoys home improvement projects—most recently, completing the final touches on our bathroom renovation. He also conducts RV inspections, helping individuals or RV dealerships make informed decisions. Our weekends are often spent enjoying family dinners, brunches with our children, playing with our two puppies, and taking neighborhood walks in the beautiful foothills behind our home.

Gene's unwavering commitment to his family, community, and country is a constant source of inspiration. I am deeply honored to stand by his side and support him in all that he does. I hope this letter has conveyed the depth of his character and the positive impact he has on

those around him, demonstrating why he deserves the opportunity to stay with his family and home.

Thank you for your time and consideration.


Respectfully,


Kristen N. Rose

From: **B T** bobbijolangan@gmail.com
Subject: **Letter for Gene**
Date: **Mar 19, 2025 at 11:14:56 AM**
To: **kristenr2665@gmail.com**

To Whom It May Concern,

I am honored to help my dear friend, Kristen Rose, and her loving husband, Gene Katzorke. I have known Kristen for 11 years through work and we have grown to become close friends, not just business colleagues. In all of these years, she and I have become confidants not only in the workplace but also in our personal lives. Not once has she ever say one bad thing about Gene. This speaks volumes of how incredible of a husband he is and just an amazing all around person. I know he has been a very supportive partner to her and has been her rock through life's ups and downs. He is also a very dedicated father and is always looking out for the best interest of his children. I truly hope that it can be seen and known that Gene is an ideal U.S. citizen through his service to our country and the devoted family man and neighbor that he is.

Thank you,

Bobbi Langan

Kazandra Grey

340 W Calle Monte Vista

Tempe AZ 85284

(480) 607-8725 | kazandra.grey@gmail.com


March 18, 2025


Dear Honorable Judge,

My name is Kazandra Grey, and I am the proud daughter of Gene Katzorke. I am the second of his three children, alongside my siblings, Kayla and Keegan. I am honored to write this letter to speak to my father's character, not only on my behalf but on behalf of my siblings as well.

My father has been a profound influence in my life, shaping the values and principles that guide me today. He instilled in me the significance of discipline, the power of routine, and the unwavering determination to push forward no matter the obstacles. His relentless work ethic, paired with his steadfast perseverance in the face of challenges, taught me that success is earned through dedication. Yet beyond his ambition, he demonstrated the importance of kindness and love—the way he never hesitated to help others, the way he always made time for his family, and the way he infused warmth into even the smallest moments of our lives together.

From an early age, I naturally mirrored his early riser tendencies, and some of my fondest childhood memories revolve around our early morning moments together. I would wake up at 4 AM just to spend time with him before he left for the gym and work. Despite my protests that I wasn't hungry, he would insist on making me breakfast and using that quiet time to talk about life, answer my endless questions, and impart wisdom in a way only he could. Even now, I reflect on those mornings and recognize how they profoundly shaped my perspective and values.

One of my father's most admirable qualities is his love of learning. His enthusiasm for knowledge was infectious and he had a unique way of making it fun. I vividly recall our conversations where he would slip an obscure word into our discussions, smirk, and ask, "Do you know what that word means?" More often than not, I didn't—but his excitement in explaining it and urging me to adopt it in a sentence was something I came to cherish. His passion for continuous self-improvement was evident in every aspect of his life. He is one of the few people I have met who can truly claim to be self-taught. He taught himself programming, amassed certifications and licenses, and built himself a successful career as a Crypto Engineer—all through sheer determination and relentless work ethic. His discipline and internal drive have always inspired me and have led to the person I am today.

Beyond his professional success, my father has always emphasized the value of perseverance and responsibility. He supported me through college—not by simply paying my way through it, but by encouraging me to take responsibility for my own success. While he was always there to help financially when I truly needed it, he urged me to find student jobs that would provide valuable experience and skills to prepare me for adulthood. Because of his guidance, I secured meaningful work and internship opportunities that positioned me for success. I began working my freshman year as an Administrative Assistant, then secured a position as a Student Accountant in my sophomore year, continuing in that role for the remainder of my college career. While many of my peers struggled to find jobs after graduation, I was fortunate to be hired in my senior year as a Wealth Management Associate at Merrill Lynch that has led to a thriving career.  I owe much of that to my father's unwavering support and the values he instilled in me.

His character is defined by kindness, generosity, and a deep sense of integrity. He treats everyone he encounters with courtesy and warmth. As a veteran himself, he holds immense respect for the military and servicemembers. He is a man who loves deeply and is happiest when helping others. His idol, Arnold Schwarzenegger, epitomizes the relentless pursuit of self-improvement, and my father has embodied that same ethos throughout his life. He was once an accomplished bodybuilder, winning competitions through rigorous training and unyielding discipline. To this day, he remains committed to his fitness, despite my insistence that he

recognize his age and take more breaks. He is a man who is always moving, always striving, and always seeking to improve both his own life and the lives of those around him.

The lessons my father has imparted to me—about optimism, resilience, and the value of hard work—are ones I will carry with me for the rest of my life. I respect him immensely, not just as my father but as a person of integrity, intelligence, and unwavering dedication to those he loves. I hope this letter provides insight into the profound impact he has had on my life and the strong moral character that defines him.

Thank you for taking the time to consider my words. I sincerely appreciate your time and thoughtfulness in reviewing this letter.

Respectfully,

Kazandra Grey