# ATTACHMENT A

# POLICE REPORT

**POLICE DEPARTMENT**

1. VICTIM'S LAST NAME (OR FIRM NAME) / FIRST / MIDDLE

CONNECT-UP NO. **5D**

28. ☐ FORCIBLE ENTRY  ☐ ATTEMPTED FORCIBLE ENTRY  ☐ METHOD

29. POINT OF ENTRY  LOCKED? Y ☐ N ☐

30. TOOLS USED / FORCING ENTRY

31. TYPE OF PROPERTY DAMAGE

32. VALUE OF PROPERTY DAMAGE

2. ORIGIN  SEX ○ F  3. DATE OF BIRTH  4. RESIDENCE OF VICTIM  5. RESIDENCE PHONE

**FOR OFFICE USE ONLY**

6. BUSINESS ADDRESS OF VICTIM (OR SCHOOL IF JUVENILE)  7. HRS. OF EMPLOY.  8. BUS. PHONE OF VICTIM

9. LOCATION OF INCIDENT (ADDRESS OR BLOCK NO.)

10. DIVISION **SOUTH**

33. SPECIAL INSTRUCTION

11. DATE OCCURRED **062688**  12. TIME OCCURRED **1500**  13. DATE REPORTED **062688**  14. TIME REPORTED **1520**  15. CALL NO. **88**

| | Y | N | | | Y | N |
|---|---|---|---|---|---|---|
| **34. FEL. ARREST?** | ( ) | ( ) — | **WITNESS?** | ( ) | ( ) — | |
| SUSPECT NAMED? | (X) | ( ) — | SUSP. DESCRIPT.? | (X) | ( ) — | |
| SUSP. LOCAT.? | ( ) | (X) — | SUSP. IDENT.? | ( ) | ( ) — | |
| HIGH INJ/LOSS? | ( ) | ( ) — | PROP. TRACE? | ( ) | ( ) — | |
| VEH. PLATE? | (X) | ( ) — | SIGN. EVIDEN.? | ( ) | ( ) — | |
| SIGN. M.O.? | (X) | ( ) — | | | | |
| ADDL. REASON | (X) | ( ) — | PROSECUTE? | (X) | ( ) — | |
| TO INVEST.? | | | EXCEPT. CLEAR? | ( ) | (X) — | |
| NOT APPLICABLE....... N/A | | | | | | |
| NOT CHECKED......... N/C | | | FIELD CLOSURE? | ( ) | (X) — | |
| UNKNOWN........... UNK | | | | | | |

16. REPORTED BY **JFD**

17. ADDRESS OF PERSON REPORTING

18. PHONE NO.

19. REPORTING OFFICER **WEBSTER**  20. PAYROLL NO. **4685**  21. DATE INVESTIGATION COMP. **062688**  22. TIME **2230**  23. DIVISION SQUAD **S.10**

24. INCIDENT OR CRIME  **CRIMINAL HOMICIDE**  25. TYPE **MURDER**  26. WEAPON OR DRUG INVOLVED

**01101**

☒ SUSPECT  ☐ MISSING  ☐ RUNAWAY  ☐ ARRESTED  ☐ OTHER    ☐ JUVENILE  ☐ ORIGINAL OFFENSE  ☐ FOLLOW-UP APPREHENSION    DETAINED  PAPER  PARENTAL ☐ ☐ ☐

35. NAME  **GENE EDWARD KAZORKE — 97-110964**  37. RESIDENCE ADDRESS  ZIP  38. RESIDENCE PHONE  39. ORIGIN **W**  40. SEX **M**  41. DATE OF BIRTH

36. NICKNAME OR ALIAS  **RICHARD HENRY DIAZ**  42. BUSINESS ADDRESS  SCHOOL IF JUVENILE  43. BUS. PHONE  44. MIRANDA WARNING  TIME  BY

45. HGT **5-9**  46. WGT. **180**  47. HAIR **BRWN**  48. EYES **BRN**  49. COMPLEXION **D**  50. BUILD **MED**  51. CLOTHING  DMNR.  52. SOCIAL SECURITY NO.

55. CHARGE/S  STATUTE NO.  STATUTE DESCR.  CL.  CITATION NO.  53. DRIVERS LIC. NO.  STATE  54. APPREHENDED LOCATION

ADDITIONAL ON CONTINUA-TION YES ☐  BOOKING NO.  ARRESTED BY  PAYROLL NO.

56. VEHICLE INVOLVED  SUSPECT ☒  VICTIM ☐  57. YEAR  58. MAKE **FIAT**  59. MODEL  60. BODY TYPE **2 DR**  61. COLOR/S **GRY**  62. LICENSE NUMBER **BYD 358**  63. STATE **AZ**  64. YEAR  65. V.I.N. (VEHICLE IDENTIFICATION NO.)

☐ SUSPECT  ☐ MISSING  ☐ RUNAWAY  ☐ ARRESTED  ☐ OTHER    ☐ JUVENILE  ☐ ORIGINAL OFFENSE  ☐ FOLLOW-UP APPREHENSION    DETAINED  PAPER  PARENTAL ☐ ☐ ☐

66. NAME  68. RESIDENCE ADDRESS  ZIP  69. RESIDENCE PHONE  70. ORIGIN  71. SEX  72. DATE OF BIRTH

67. NICKNAME OR ALIAS  73. BUSINESS ADDRESS  SCHOOL IF JUVENILE  74. BUS. PHONE  75. MIRANDA WARNING  TIME  BY

76. HGT  77. WGT.  78. HAIR  79. EYES  80. COMPLEXION  81. BUILD  82. CLOTHING  DMNR.  83. SOCIAL SECURITY NO.

86. CHARGE/S  STATUTE NO.  STATUTE DESCR.  CL.  CITATION NO.  84. DRIVERS LIC. NO.  STATE  85. APPREHENDED LOCATION

ADDITIONAL ON CONTINUA-TION YES ☐  BOOKING NO.  ARRESTED BY  PAYROLL NO.

87. VEHICLE INVOLVED  SUSPECT ☐  VICTIM ☐  88. YEAR  89. MAKE  90. MODEL  91. BODY TYPE  92. COLOR/S  93. LICENSE NUMBER  94. STATE  95. YEAR  96. V.I.N. (VEHICLE IDENTIFICATION NO.)

**97. STOLEN** ☐  **RECOVERED** ☐  **STORED** ☐  **IMPOUNDED** ☐  **EMBEZZLED** ☐

SUSPECT ☐  VICTIM ☐  98. YEAR  99. MAKE  100. MODEL  101. BODY TYPE  102. COLORS  103. LICENSE NUMBER  104. STATE  YEAR  105. V.I.N. (FRAME NUMBER MOTORCYCLES)

106. ENGINE NUMBER (MOTORCYCLES)  107. LOCATION OF RECOVERY  108. DIVISION  109. DATE  110. TIME  111. RECOVERED BY

112. VEH. DRIVABLE?  YES ☐ NO ☐  113. VEH. AVAILABLE FOR RELEASE?  YES ☐ NO ☐  114. NAME OF PERSON LAST DRIVING VEHICLE  115. RESIDENCE ADDRESS  116. RESIDENCE PHONE  117. BUSINESS PHONE

118. IDENTIFYING MARKS  123. SEATS (STANDARD)  BUCKET SEATS  124. TRANSMISSION: STANDARD ☐  AUTOMATIC ☐  125. WHEELS: STANDARD ☐  OVERSIZE ☐  126. AMOUNT OF GASOLINE  127. KEYS IN VEHICLE?  YES ☐ NO ☐  128. DOORS LOCKED?  YES ☐ NO ☐

119. PAYMENTS DELINQ?  YES ☐ NO ☐  120. LIEN HOLDER  121. ADDRESS  122. PHONE  RADIO  129. IGNITION LOCKED?  YES ☐ NO ☐  130. REGISTRATION IN VEHICLE?  YES ☐ NO ☐  131. ODOMETER READING

135. TWX NOTIFIED  YES ☐ NO ☐  136. DATE  137. TIME  138. BY  139. IMPOUND PAGE NO. BOOK  140. VERIFIED BY:  BATTERY  ENGINE CU. IN.  132. TIRE CONDITION:  133. VEH. CONDITION:

141. DISPOSITION  142. REMOVED BY  CLOCK

143. OWNER NOTIFIED  YES ☐ NO ☐  BY  144. DATE  145. TIME  SPARE TIRE

146. RETURNED TO OWNER  YES ☐ NO ☐  BY  147. EST. VALUE OF VEH.  134. SIGNATURE OF PERSON REPORTING

148. FOLLOW-UP REQUEST **TH**  VIC/WITNESS ☐  CHILD PROTECTIVE ☐  ADULT PROTECTIVE ☐  149. DISPATCH TIME **1524**  ARRIVAL TIME **1530**  CLEAR TIME **2230**  150. APPROVING SUPERVISOR **DIAZ VAZQUE**  151. ADDITIONAL REPORTS: ☐ CONTINUATION  ☐ COLLISION  ☐ SUPPLEMENT ☐ FELONY INTRIM  ☐ PROPERTY  ☐ JUVENILE ARREST  ☐ MAIL IN  ☒ RESUME

1

| 153. NAME | | VIC. ☐ WIT. ☐ | RESIDENCE ADDRESS | | RESIDENCE PHONE | BUSINESS ADDRESS | | BUSINESS PHONE |
|---|---|---|---|---|---|---|---|---|
| | | VIC. ☐ WIT. ☐ | | | | | | |
| | | VIC. ☐ WIT. ☐ | | | | | | |

**154. PROPERTY**   CODES: **S** – STOLEN   **R** – RECOVERED   **L** – LOST   **F** – FOUND   **E** – EVIDENCE   **K** – SAFEKEEPING

| CODE | QTY. | ARTICLE | SERIAL NO. | BRAND NAME | MODEL | PLCD IN EVID | PHOTO RET TO OWNER | DESCRIPTIVE IDENTIFYING MARKS | VALUE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ☐ | ☐ | | |
| | | | | | | ☐ | ☐ | | |
| | | | | | | ☐ | ☐ | | |
| | | | | | | ☐ | ☐ | | |
| | | | | | | ☐ | ☐ | | |

**155. NARRATIVE:** TFD ENGINE 10, AND MEDIC 15 RESPONDED TO ▮▮▮▮▮▮
REGARDING AN UNCONSCIOUS CHILD. UPON MY ARRIVAL CAPT J.P. DEKEIZER, ADVISED
ME THAT MEDIC 10 HAD LEFT WITH THE CHILD, ▮▮▮▮▮▮ TO U OF A HOSPITAL. CAPT.
DEKEIZER STATED THAT THE CHILD WAS NOT BREATHING.
THE STEP-FATHER, GENE KATZORKE WAS ASKED TO STANDBY UNTIL POLICE ARRIVED,
BUT LEFT, IN A HURRY PRIOR TO MY ARRIVAL, ACCORDING TO CAPT DEKEIZER.
I RESPONDED TO UNIVERSITY HOSPITAL, WHERE I MADE CONTACT WITH DR. HURLBUT,
ATTENDING PHYSICAN, WHO ADVISED ME THAT THE VICTIM NEVER REGAINED CONSCIOUSNE
I SPOKE WITH THE VICTIMS MOTHER, K▮▮▮▮▮▮ WHO STATED THAT SHE WAS UP
LATE LAST NIGHT, WATCHING A MOVIE, AND GOT UP AT 8:00 AM, THIS MORNING, AND
THE VICTIM WAS FINE. K▮▮ STATED SHE LAID DOWN TO TAKE A NAP, AND HER
HUSBAND WOKE HER UP SAYING THE BABY WASN'T BREATHING. K▮▮ STATED SHE
CALLED PARAMEDICS IMMEDIATELY. KATHY ADVISED ME THAT HER HUSBAND MAY BE
ENROUTE TO MEXICO, WHERE HIS MOTHER RESIDES.
CPS WAS CONTACTED, AND LINDA NOWLAND RESPONDED TO THE HOSPITAL.
DET. WRIGHT PR 3519 RESPONDED TO THE HOSPITAL, AND WAS BRIEFED ON THE
INFORMATION, THAT I HAD OBTAINED.

DIAZ VAZQUEZ 000008

# TUCSON POLICE DEPARTMENT—ID SUPPLEMENT

REPORT NO. __8806 26 0088__

DATE: __6-26-88__

CONNECT-UP # _____

| TYPE OF CRIME OR INCIDENT | LOCATION |
| Criminal Homicide-Murder | |
| VICTIM'S NAME (LAST,FIRST,MIDDLE) | ADDRESS |
| | |
| VICTIM'S NAME (LAST,FIRST,MIDDLE) | ADDRESS |

1. Location of Assignment

   1 ████████ _____ Arrival __1854__ Cleared __2022__

   2 _____ Arrival_____ Cleared_____

   3 _____ Arrival_____ Cleared_____

   4 _____ Arrival_____ Cleared_____

2. Person in Charge (Title,Name&PR#) OFC: Webster #21485 SGT: Zech#16717 DET:Kessler#8186

   DET: Myers#19570

3. Photographs Taken: _ NO XX YES  Total Number __70__

   Location, overalls and close-ups of interior of Apt ████

   _____

   _____

   _____

4. Processed For Fingerprints _ NO X YES __A door handle found at the scene was processed

   and one lift was made. This lift was later detemined to be of no forensic value and destroyed.

   NO LIFTS FILED IN ID.(0)

   _____

5. Composite Taken xxNO _ YES  Foil Numbers _____

   Susp. Desc. _____

6. Other (Desc.) _____

   _____

   _____

   _____

ID TECHNICIAN REPORTING __Skowron__ PR. # __27928__ DATE __07-04-88__

Distribution: 1-Records; 1-ID; 1- _ XXHOMICIDE
                                   _ Det. _ Adam One _ Traffic / Team 2

DIAZ VAZQUEZ 000009

TPD 542 Apr 85

GREENE  26737
T1/S10

# TUCSON POLICE DEPARTMENT
## 'SUPPLEMENTARY REPORT

**REPORT NO** 88 06 26 0088

**CONNECT-UP**
**REPORT NO.** _____

TH

| F.B.I. CLASSIFICATION | | LOCATION | |
|---|---|---|---|
| 1. CRIMINAL HOMICIDE/MURDER (01.01) | | | |
| 2. | | | |
| 3. | | | |

| VICTIM'S NAME (LAST, FIRST, MIDDLE) | ADDRESS | | RES. PHONE | BUS. PHONE |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |

| PERSONS ARRESTED | D.O.B. | ADDRESS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| OFFENSES OF CORRESPONDING ARRESTEES | CITATION NUMBER | BOOKING NUMBER |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| CASE STATUS | RECLASSIFIED | PENDING | SUSPENDED | UNFOUNDED | CLOSED | CASE CLEARED BY | EXCEPTIONAL | ARREST | SUMMONS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

On June 26th, 1988, at 1520 hours, Meds requested Tucson Police Department to victim's address.  Officer Webster, #21685, and myself responded. Officer Webster spoke with Captain Dekeizer, TFD Engine #10 and Medic 15 out of Station 10.  Meds had responded to ████████ at this apartment reference a call, either from the suspect or from the mother, reference the baby who wasn't breathing.  Upon my arrival Officer Webster advised me he would be en route to University Medical Center and for me to simply secure the scene, speak with neighbors in an attempt to ascertain actually what had happened.

At this point all we had was a possible child abuse.  I spoke with numerous neighbors, including ████ RHOADES.  His date of birth is ████ works at ████ Auto Supply, ████ phone number ████ home phone ████ MR. RHOADES lives in ████ He states he was present when the incident occurred although he was not aware anything was going on.  He first became aware something had happened when he observed paramedics rushing into the victim's apartment.  MR. RHOADES advised he saw nothing in particular of this particular incident, although victim's mother ████ K████ and suspect, GENE E. KATZORKE, who also goes by several aliases, had carried on several loud arguments on numerous occasions in the past.  MR. RHOADES states he could hear loud arguing coming from the victim's apartment at all hours of the night and day and would frequently find MRS. K████ seated on the stairs to the apartment crying, holding the baby.

I also spoke with TANYA ████ date of birth ████ She lives in ████ no home phone, works at ████ 6th and I-10 area, and RENE ████ TANYA'S husband.  His date of birth is ████ works for ████ unknown address and phone number.  Both the ████ advised, independently of each other, they too have heard

| OFFICER REPORTING | GREENE (CONTINUED) | PAYROLL NO. | DATE | TIME |
|---|---|---|---|---|
| | | TEAM | SQUAD/DETAIL | DIVISION |

4

DIAZ VAZQUEZ 000010

GREENE    26737

REPORT NO. 88 06 26 0088

**CONTINUATION SHEET**
**TUCSON POLICE DEPARTMENT SUPPLEMENTARY REPORT**

CONNECT-UP
REPORT NO _____

PAGE ___2___ OF ___3___

DATE OF ORIGINAL REPORT ___06-26-88___    OFFENSE CLASS: ___CRIMINAL HOMICIDE___

**CONTINUATION OF NARRATIVE**

loud arguing on numerous occasions from the apartment shared by MR.
and MRS. KATZORKE and their small child.  Apparently GENE, the suspect,
is the baby's stepfather.   MR. and MRS.  ███████ stated, on this par-
ticular incident, they heard loud arguing, then advised paramedics had
responded.  As paramedics were treating the baby TANYA ███████ advised
she heard the baby's mother shout at(PH) the suspect, "I was sleeping
when this happened.  Why don't you tell them what you did?"  TANYA ███████
also advised the suspect had some sort of blue powder about his face,
hair, and shoulder area, indicating possibly a type of dish soap or similar
powder found on the front porch area above(PH) the residence and on
the telephone, which was placed on the kitchen counter.  The significance
of this powder is unknown at this time.   They also advised, shortly
after the paramedics had cleared the scene, they observed the suspect
leave in a small gray vehicle, approximately 1980-1982.

After speaking with these subjects I observed a small tool box, obviously
left by the paramedics, immediately within the front door and to the
right.   I then advised Sgt. Zech over the air exactly what the situation
was at that time.  He then advised he was going to contact Officer Webster,
who was the case officer, at the hospital and then advise me what he
wished done with the scene.   Approximately at this point Engine #10
responded back.   One of the firemen, whose name I did not obtain, came
upstairs, picked up the tool box, which was placed just inside the door,
and at that point advised me that the victim had died at the hospital.
At that point I saw (inaudible) the firemen both exit  the apartment
and I, again, contacted Sgt. Zech over the air.  He, practically simul-
taneously to me, had been advised by Officer Webster that the victim
had died.  Sgt. Zech then requested I secure the scene.

I placed fire line tape across the front door of the residence and stood
by until Sgt. Zech and Homicide detectives arrived.   Homicide detectives
arrived, took control of the scene.   I relayed information that I had
learned, including the converstation I had held with the firemen who
had responded.   The fireman advised he had treated the baby in the north-
west corner of the living room and stated the father had told him the
baby had fallen out of the crib, which was on the southeast corner of
the living room and that was how the baby had sustained the injuries.
The distance between where the baby was supposed to have fallen and
where the baby was actually treated was ten to twelve feet.   The fireman
advised he had asked the father how the baby had travelled that distance
after sustaining such injuries.   The father replied he didn't know or
he had no answer to that question.   Paramedics advised that the baby
was unresponsive as he had been transported from the scene and just

OFFICER REPORTING   GREENE (CONTINUED)    PAYROLL NO. _____   DATE _____   TIME _____

TEAM _____   SQUAD/DETAIL _____   DIVISION _____

DIAZ VAZQUEZ 000011

TPD 742 (5-83)

GREENE   26737

**CONTINUATION SHEET**

**TUCSON POLICE DEPARTMENT SUPPLEMENTARY REPORT**

REPORT NO. 88 06 26 0088

CONNECT-UP
REPORT NO. _____

PAGE __3__ OF __3__

DATE OF ORIGINAL REPORT ___06-26-88___   OFFENSE CLASS: ___CRIMINAL HOMICIDE___

**CONTINUATION OF NARRATIVE**

as they were leaving they observed the suspect leaving in the previously described vehicle eastbound on ████ Street. I also relayed witnesses names, addresses, and their observations to the detectives. I then stood by with Sgt. Zech as the detectives conducted their investigation.

It was then determined the suspect may possibly be located at ████ ████████. An additional search warrant was obtained for that residence after the investigation was completed at ████. All parties involved, including myself, responded to the address on ████ After the warrant was obtained myself, Detective Myers, and Officer Fult went to the front door of the residence at ████ Detective Myers knocked and announced twice. Entry was made. Officer Freeman, Dog Unit, searched the house. The suspect was not there either. We stood by there briefly, searched the back yard, and surrounding area, still unable to locate suspect. Being advised by Sgt. Zech to clear the scene I responded back to the Santa Cruz Substation where paperwork was completed.


NFI.


Audio/amb #27023  (5237)
June 27, 1988   0105 hours

OFFICER REPORTING ___GREENE___   PAYROLL NO. ___26737___   DATE ___06-26-88___   TIME ___2245 hrs___

TEAM ___1___   SQUAD/DETAIL ___10___   DIVISION ___UNIFORM___

6                    DIAZ VAZQUEZ 000012

# TUCSON POLICE DEPARTMENT
## SUPPLEMENTARY REPORT

**REPORT NO** 88 06 26 0088

**CONNECT-UP**
**REPORT NO.** _____

| F.B.I. CLASSIFICATION | LOCATION |
|---|---|
| 1. CRIMINAL HOMICIDE:  MURDER | ██████████████████████ |
| 2. | |
| 3. | |

| VICTIMS NAME (LAST, FIRST, MIDDLE) | ADDRESS | RES. PHONE | BUS. PHONE |
|---|---|---|---|
| 1. ████████████ ██████ | █████████ | █████████ | |
| 2. | | | |
| 3. ██████████ | | | |

| PERSONS ARRESTED | DOB | ADDRESS |
|---|---|---|
| 1. GENE KATZORKE | █████ ████████ | █████████████████ |
| 2. | | |
| 3. | | |

| OFFENSES OF CORRESPONDING ARRESTEES | CITATION NUMBER | BOOKING NUMBER |
|---|---|---|
| 1. 1ST DEGREE MURDER | PIMA COUNTY JAIL | |
| 2. | | |
| 3. | | |

| CASE STATUS | RECLASSIFIED | PENDING | SUSPENDED | UNFOUNDED | CLOSED | CASE CLEARED BY | EXCEPTIONAL | ARREST | SUMMONS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | XXX | | | XXX | |

On SUNDAY, 26 JUNE 1988 at approximately 1615 hours I was contacted by telephone by SGT. COOMBS from Communications and directed to respond to UNIVERSITY MEDICAL CENTER to interview witnesses reference the death of ████████████ nine months of age.  Upon arrival at UMC at 1645 hours, I contacted OFFICER WEBSTER #21685 who advised that this incident had occurred at 1500 hours on this date.  Upon arrival of TPD officers at 1975 ████████ the victim and her mother, K█████████ had already been transported to UMC.  Paramedics at the scene advised that the suspect, RICHARD KATZORKE had left in his vehicle, AZ license ██████ which is a grey two-door FIAT.  The suspect had told the paramedics upon their arrival that the baby had fallen from a crib onto a carpeted floor; however, they had seen bruises on the baby's head which were not consistent with the baby falling onto a plastic ball as stated by the suspect.

After speaking to OFC. WEBSTER, I then made contact with K███████████, a D.O.B. ██████ who indicated that she and her husband, RICHARD, along with the baby had been living at ████████████ for approximately three months.  She had met RICHARD in JANUARY 1988 and they were married ████████ 1988.  The natural father of ██████ is ████████████ who runs a business at ████████████

According to K████ she had gone into her bedroom to lay down and take a nap and was awakened by RICHARD who told her the baby was not breathing, that he had put her into the crib and she had fallen out of it.  When she told him he was lying to her, he then told her that he had placed the baby on the table in front of the T.V. and that she had fallen off the table.  K█████ had also stated that she had changed the baby's diapers earlier, and there had been no bruises on the baby.  She indicated that RICHARD never struck the baby before that she was aware of but that he often placed a full sized blanket over her, completely covering her.  He did this whether the baby was asleep or awake.  She also indicated that RICHARD was extremely jealous of the baby and would not allow her to play with ████████ while he was in the apartment.  A taped statement was obtained from K█████ (see typed transcript for complete details).

| OFFICER REPORTING | PAYROLL NO. | DATE | TIME |
|---|---|---|---|
| K. S. WRIGHT | 3519 | 07-20-88 | 1600 |

TEAM 7   HOMICIDE/DETAIL   DIAZ-VAZQUEZ 000013 ID

TPD 1852 JAN 84

## CONTINUATION SHEET
# TUCSON POLICE DEPARTMENT SUPPLEMENTARY REPORT

REPORT NO. 88 06 26 0088

CONNECT-UP
REPORT NO. _____

DATE OF ORIGINAL REPORT 06-26-88    OFFENSE CLASS: CRIMINAL HOMICIDE    PAGE 2 OF 3

**CONTINUATION OF NARRATIVE**

At approximately 1725 hours, OFFICER WEBSTER entered the room where K████ and I were stating that the suspect, RICHARD KATZORKE, was on the telephone and was asking to speak to K████ She consented to talk to him while the conversation was being tape recorded. While the conversation was being taped, I requested that Communications contact Mountain Bell and attempt to trace this call. A request was also made to have uniform units check the residence of ████████████████ which was the residence to RICHARD'S counsin, ████████ AQUIRRE, and K████ had indicated that RICHARD would probably go there as they would be out of town until Wednesday. At the termination of this call, I was advised via Communications that Mountain Bell was unable to complete a trace.

K████ indicated that she would be staying with her mother, █████████████ ████████████ during the evening hours and would stay with her grandmother, █████████ ██████████████████████ during the day.

At approximately 1905 hours, a taped statement was obtained from DR. KATHERINE HURLBUT who was the attending physician at UMC. She indicated that ████████ had four or five 2 x 2 centimeter bruises around her forehead and a bruise on her chest.

At approximately 1912 hours, I cleared UMC and responded to ████████████████████ At that location I was advised by SGT. MOLINA that the correct address for JOSE AQUIRRE was ████████████████ and upon uniform units checking that location, they had found the vehicle belonging to RICHARD KATZORKE at that location. The perimeter of this residence was secured until a telephonic search warrant was obtained by me from JUDGE MICHAEL ALFRED at 2032 hours. Upon uniform units checking the interior of this residence, they found no one inside same.

While DETECTIVE REUTER and I were at Tucson Fire Department station #15 for the purpose of obtaining the telephonic search warrant, taped statements were taken from CAPTAIN DE KEIZER, WM, DOB: ████████ PARAMEDIC JOHN DAVID POPE, WM, DOB: ████████ ANDY TRUJILLO, HM, DOB: ████████ RICHARD LOPEZ DELAHANTY, HM, DOB: ████████ and MARK DILLISTIN, WM, DOB: ████████ The statements were completed at 2145 hours at which time we cleared station #15.

On MONDAY morning, 27 JUNE 88, telephone contact was made with K████████████ at her grandmother's residence and she advised that RICHARD, herself and the baby had gone to ████████████████ on SATURDAY evening, 25 JUNE 88 and that RICHARD had used a key to lock the camper shell door of JOSE'S blue pick up which had been parked in his front driveway. She indicated that this vehicle was either a TOYOTA or DATSUN pick up with a white camper shell on the back which had bubble windows and that the truck with ARIZONA plates. Computer checks were then run by clerical personnel on JOSE AQUIRRE in an attempt to locate the license plate on his vehicle. A possible vehicle, '81 TOYOTA, was located with a license of ████████ VIN ████████████████ and this information was relayed via Communications to all Arizona stations.

OFFICER REPORTING K. S. WRIGHT    PAYROLL NO. 3519    DATE 07-20-88    TIME 1600

TEAM _____ SQUAD/DETAIL HOMICIDE    DIVISION CID

PD 742 (5-83)    DIAZ VAZQUEZ 000014

## CONTINUATION SHEET
# TUCSON POLICE DEPARTMENT SUPPLEMENTARY REPORT

REPORT NO. 88 06 26 0088

CONNECT-UP
REPORT NO. _____

DATE OF ORIGINAL REPORT 06-26-88    OFFENSE CLASS: CRIMINAL HOMICIDE    PAGE 3 OF 3

**CONTINUATION OF NARRATIVE**

Also on this date, I attended the autopsy of ████ along with DETECTIVE JEFF MYERS. At approximately 1300 hours, I again met with K████ at her grandmother's residence for the purpose of obtaining a second taped statement from her which was taken at 1302 hours. (See typed transcript for complete details). While at this location, I met with ████ telephone ██████ business address of ████████

In speaking to K███ about JOSE AQUIRRE'S vehicle, it was learned that he had bought the vehicle from ████ where he was employed. Telephone contact was subsequently made with ████ personnel who indicated that the vehicle which had been bought by JOSE was an '81 TOYOTA, ARIZONA license ████ VIN: ████████ which returned to JOSE AQUIRRE of ████ This information was forwarded to all ARIZONA border stations via Communications.

Also on 27 JUNE 88 I was contacted by DOROTHY ████████ who advised that she had received a telephone call from RICHARD who had stated that he was a police investigator and was looking for K███. She indicated that she recognized his voice and had told him that K███ was not there. She agreed to have a trace set up on her telephone in case RICHARD called her back. I then made contact with SHIRLEY ████ at her place of employment and asked her if she would object to a trace being placed on her telephone and she indicated she would not object. Mountain Bell security was then contacted and arrangements were made to trace both telephone lines in case RICHARD attempted to contact K███ again by telephone.

DETECTIVE MYERS and I then met with K███ later in the evening at her mother's residence at which time a tape recorder and induction coil were left with her for the purpose of recording any conversation with RICHARD should he call her. Instructions were also left that "911" should be contacted immediately if she were to receive a call so the trace could be activated. DET. MYERS had also contacted AT&T to institute a trace on their lines.

On 29 JUNE 88 at 1445 hours, I met with DOROTHY ████ at her residence at which time a taped statement was obtained from her. NFI.

OFFICER REPORTING K. S. WRIGHT    PAYROLL NO. 3519    DATE 07-20-88    TIME 1600

TEAM _____    SQUAD/DETAIL HOMICIDE    DIVISION CID

PD 742 (5-83)

DIAZ VAZQUEZ 000015

TH

# SUPPLEMENTARY REPORT

REPORT NO. [illegible]

CONTACT-UP REPORT NO.

| OFFENSE CLASSIFICATION | LOCATION | | |
|---|---|---|---|
| CRIMINAL HOMICIDE / MURDER    01.01 | ███████████ | | |

| VICTIMS NAME LAST FIRST MIDDLE | ADDRESS | RES PHONE | BUS PHONE |
|---|---|---|---|
| 1 ███████ | ████████ | ██████ | |
| 2 | | | |
| 3 | | | |

| PERSONS ARRESTED | D.O.B. | ADDRESS | |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

| CHARGES OF CORRESPONDING ARRESTEES | CITATION NUMBER | | BOOKING NUMBER |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

## DESIGNATED CASE OFFICER

| Name | Payroll | Paperwork |
|---|---|---|
| WEBSTER | 21685 | CASE - SUPP. - RESUME |

## OTHER TPD PERSONNEL AT SCENE

| Name | Payroll | Assignment | Paperwork |
|---|---|---|---|
| GARCIA | 19979 | FRONT QUAD | SUPP. |
| SHELTON | 26600 | SIDE QUAD | SUPP. |
| STEPHENS | 26744 | BACK QUAD | SUPP. |
| FREEMAN | 18793 | SEARCH (DOG UNIT) | SUPP. |
| DET. MYERS | 19570 | SEARCH | SUPP. |
| SGT. MOLINA | 10080 | INVESTIGATIVE SUPERVISOR | |
| SGT. GONZALES | 16269 | ON-SCENE SUPERVISOR | SUPP. |

| Name | | Purpose | |
|---|---|---|---|
| SGT. ZECH | 16717 | SUPERVISOR | SUPP. |
| DET. KESSLER | 81876 | INVESTIGATOR | |
| OFC. GREENE | 26737 | INVESTIGATION | SUPP. |

## OTHER INFORMATION

ON 6-26-88 THE LISTED PERSONNEL RESPONDED TO ██████ W. CALLE RITA REF. A HOMICIDE SUSPECT BY THE NAME OF GENE KATZDRKE, AKA: ENRIQUE RICARDO DIAZ-VALDEZ. THE SUSPECTS VEHICLE HAD BEEN LOCATED AT THIS LOCATION. WE KNOCKED AND TELEPHONED THE RESIDENCE WITH NO RESPONSE. HOMICIDE DETECTIVES OBTAINED A SEARCH WARRANT FOR THE RESIDENCE. WHILE DETECTIVES OBTAINED THE WARRANTS OFFICERS STEPHENS, GARCIA & SHELTON MAINTAINED SURVEILLANCE OF THE RESIDENCE. DET. MYERS ANNOUNCED "POLICE PRESENTS" AND GOT NO RESPONSE. DET MYERS THEN "KICKED IN" THE FRONT DOOR & HE AND SAM UNIT FREEMAN SEARCHED THE HOUSE. THE SUSPECT WAS NOT LOCATED. DAMAGE OCCURRED TO THE DOOR & DOOR FRAME. THE RESIDENCE WAS SECURED BY OFC. GARCIA & MYSELF BY PLACING A CASEMENT LOCK & A STICK ON THE BACK SLIDING GLASS DOOR & THE DEADBOLT ON THE FRONT DOOR. UNITS THEN CLEARED THE SCENE.

OFFICER REPORTING _SGT. GONZALES_ PAYROLL _16269_ DATE _6-27-88_ TIME _0100_
DIVISION _SOUTH_ SQUAD _B_

DIAZ VAZQUEZ 000016

## TUCSON POLICE DEPARTMENT
## SUPPLEMENTARY REPORT

REPORT NO ___8800260088___

CONNECT-UP
REPORT NO. _____

| F.B.I. CLASSIFICATION | | | | LOCATION | | | |
|---|---|---|---|---|---|---|---|
| 1. CRIMINAL HOMICIDE / MURDER 2. 3. | | | | | | | |

| VICTIMS NAME (LAST, FIRST, MIDDLE) | ADDRESS | | RES. PHONE | BUS. PHONE |
|---|---|---|---|---|
| 1. 2. 3. | | | | |

| PERSONS ARRESTED | D.O.B. | ADDRESS |
|---|---|---|
| 1. 2. 3. | | |

| OFFENSES OF CORRESPONDING ARRESTEES | CITATION NUMBER | BOOKING NUMBER |
|---|---|---|
| 1. 2. 3. | | |

| CASE STATUS | RECLASSIFIED | PENDING | SUSPENDED | UNFOUNDED | CLOSED | CASE CLEARED BY | EXCEPTIONAL | ARREST | SUMMONS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

ON 062688 AT 1940 HOURS I RESPONDED
TO ▮▮▮▮▮▮▮▮▮▮ AS A BACK
UP UNIT.

I SET UP A QUAD ON THE N.W. SIDE
OF THE RESIDENCE AND STOOD BY.
I ASSISTED SGT GONZALES IN SECURING
THE RESIDENCE.

OFFICER REPORTING ___R. GARCIA___    PAYROLL NO ___19979___    DATE ___880626___ TIME ___2400___

TEAM ___11___ ___I___    DIAZ-VAZQUEZ 0000017 PATROL

TPD 1852 JAN 84

# TUCSON POLICE DEPARTMENT
## SUPPLEMENTARY REPORT

REPORT NO. __88 06 26 0088__

CONNECT-UP
REPORT NO. _____

F.B.I. CLASSIFICATION
1. **CRIMINAL HOMICIDE/MURDER**
2.
3.

LOCATION ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| VICTIMS NAME (LAST, FIRST, MIDDLE) | ADDRESS | RES. PHONE | BUS. PHONE |
|---|---|---|---|
| 1. ▮▮▮▮▮▮ | ▮▮▮▮▮▮ | | |
| 2. | | | |
| 3. | | | |

| PERSONS ARRESTED | D.O.B. | ADDRESS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| OFFENSES OF CORRESPONDING ARRESTEES | CITATION NUMBER | BOOKING NUMBER |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| CASE STATUS | RECLASSIFIED | PENDING | SUSPENDED | UNFOUNDED | CLOSED | CASE CLEARED BY | EXCEPTIONAL | ARREST | SUMMONS |
|---|---|---|---|---|---|---|---|---|---|
| | | XXX | | | | | | | |

On Sunday, June 26th, 1988, I was called at my residence and asked to respond to assist in the investigation of this murder. I did so arriving at approximately 1654 hours.

I was met at the scene by Sgt. Molina of the Homicide Unit and Sgt. P. Zech and Officer F. Green of the Southside Division. They explained to me briefly what they had been able to ascertain had occurred.

I then began contacting people living in the apartments around the scene of this murder. I started with apartment ▮▮▮▮ and there contacted Miss ▮▮▮▮▮▮ Slagle and her roommate ▮▮▮▮▮▮ Rhoads. I obtained from them statements regarding their knowledge of this incident and of the people involved in this incident. Also present in the apartment was Miss Slagle's son ▮▮▮▮ and Miss Slagle's friend ▮▮▮▮ Valencia. Mr. Valencia had been with Miss Slagle during the day. After the statement of Mr. Rhoads had been completed, he remembered some remarks that he had overheard during the day and I recorded his recollection of those remarks as an addendum to the statement.

The female occupant of apartment ▮▮▮▮ had already been interviewed by Sgt. Molina.

I then contacted the occupant of apartment ▮▮▮▮, Miss ▮▮▮▮▮▮ Armenta (no phone and no employ). Miss Armenta told me she had been home all day on that Sunday and had heard nothing unusual. She did not know that something out of the ordinary had occurred until the emergency services personnel had been arriving at the apartment.

After the interviews had been completed, I went with Detective Jeff Myers of the Homicide Unit while he obtained a telephonic search warrant for the apartment where the murder had occurred.

OFFICER REPORTING __DET. J. KESSLER   CONT'D__   PAYROLL NO. _____   DATE __6-29-8__   TIME _____

TEAM 12 pl&2 DIAZ-VAZQUEZ 000018

**CONTINUATION SHEET**

**TUCSON POLICE DEPARTMENT SUPPLEMENTARY REPORT**

REPORT NO. **88 06 26 0088**

CONNECT-UP
REPORT NO. _____

PAGE __2__ OF __2__

DATE OF ORIGINAL REPORT ___06-26-88___ OFFENSE CLASS: ___CRIM HOM/MURDER___

**CONTINUATION OF NARRATIVE**

We then returned to the apartment and at approximately 1840 hours, we entered the apartment to begin the search.  Detective Myers conducted the search and I assisted.

After the search of apartment ███ had been completed, I went with other detectives to a house at ███████████ and stood by while officers searched that house for the suspect in this murder.  He was not located.

After that search had been completed, my part in the investigation was terminated.

NFI.......

CID/kg
07-03-88

OFFICER REPORTING ___DETECTIVE J. KESSLER___ PAYROLL NO. __8186__ DATE __06-29-88__ TIME __1215__

TEAM _____ SQUAD/DETAIL ___HOMICIDE___ DIVISION ___CID___

TPD 742 (5-83)

13     DIAZ VAZQUEZ 000019

## TUCSON POLICE DEPARTMENT
## SUPPLEMENTARY REPORT

F
TH

REPORT NO  88 06 26 0088

CONNECT-UP
REPORT NO. _____

| F.B.I. CLASSIFICATION | | LOCATION | | |
|---|---|---|---|---|
| 1. CRIMINAL HOMICIDE/MURDER | | | | |
| 2. | | | | |
| 3. | | | | |

| VICTIMS NAME (LAST, FIRST, MIDDLE) | ADDRESS | RES. PHONE | BUS. PHONE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |

| XXXXXXXXXX SUSPECT | D.O.B. | ADDRESS |
|---|---|---|
| 1. KATZORKE, GENE E. | 64 | |
| 2. AKA DIAZ, RICHARD H. | 64 | |
| 3. AKA DIAZ-VASQUEZ, ENRIQUE R. | | |

| OFFENSES OF CORRESPONDING ARRESTEES | CITATION NUMBER | BOOKING NUMBER |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| CASE STATUS | RECLASSIFIED | PENDING | SUSPENDED | UNFOUNDED | CLOSED | CASE CLEARED BY | EXCEPTIONAL | ARREST | SUMMONS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

SUSPECT DESCRIPTION

5'9", 180 lbs., muscular build, brown, curly hair, shaved on the sides, light complexion.  He was last seen wearing a white shirt with vertical stripes and a black hat and Levi's.

_____

At approximately 1524 hours, I was dispatched to ▮▮▮▮▮▮▮▮ apartment ▮▮▮▮▮ regarding possible child abuse, reported by the Tucson Fire Department paramedics.  Upon my arrival, I made contact with Captain J.P. Dekeizer, of Engine #15.  Capt. Dekeizer advised me that the victim was not breathing upon their arrival, and that Medic 10 transported the vicitm prior to my arrival to University Hospital.  I was also advised by the Captain that the suspect, GENE KATZORKE, was at the scene and was advised to stand by for police, however, the subject entered a grey Fiat, 2-door, Arizona plate ▮▮▮▮▮  The Captain stated he left eastbound from the location in a hurry.  The Captain said he first thought he may be en route to the hosptial to check on the condition of the child.

The Captain advised me that upon their arrival the child was not breathing and paramedics began CPR and transported the child to University Hospital. I stood by until Officer Greene, #26737, arrived, and advised Officer Greene as to what I knew at that point.  I asked Officer Greene to make contact with neighbors who lived next door to the suspect and the victim, and that I was en route to University Hospital.

One other thing the Captain advised me of was that the mother, K▮▮▮▮

OFFICER REPORTING  WEBSTER  (CONTINUED)      PAYROLL NO. _____    DATE _____    TIME _____

TEAM 14

DIAZ-VAZQUEZ 000020

TPD 1852 JAN 84

**CONTINUATION SHEET**

**TUCSON POLICE DEPARTMENT SUPPLEMENTARY REPORT**

REPORT NO __88 06 26 0088__

CONNECT-UP
REPORT NO _____

DATE OF ORIGINAL REPORT __06/26/88__    OFFENSE CLASS: __CRIMINAL HOMICIDE/MURDER__    PAGE __2__ OF __6__

**CONTINUATION OF NARRATIVE**

same last name, KATZORKE, was also en route to the hospital with paramedics. K▮▮▮▮ date of birth is ▮▮▮▮▮▮

I responded to University Hospital, and upon my arrival, made contact with the paramedics that transported, a DAVID POPE (ph), Paramedic #10, P.R. #21588, and ANDY TRUJILLO, #13914. I asked the paramedics what they could tell me at the time. They advised that when they arrived at the victim's location, the child was not breathing. They observed several bruises on the child's head and abdomen, and the child, in their opinion, was dead at the time. They tried to revive the child en route to the hospital, but without success, and that the child had died.

I entered the hosptial and made contact with Nurse Susan Wood, who advised me the child had died and took me to an employee's break room. There she advised me the mother made statements to her regarding that the step-father, which is K▮▮▮▮ husband, and not the father of the child, never did like the child, and she knew that he did something with the child while she was sleeping.

The doctor came in, DR. HURLBUT, the attending physician. She was visibly upset and crying. She advised me that the mother was in with the child at the time, and that the mother was very despondent, and that the child was dead upon arrival at the hospital, and all means to recsuscitate the child were futile.

I spoke with the mother, K▮▮▮▮▮▮▮▮ briefly, in the hall, and attempted to get further information on her husband. She stated that he has a mother in Guadalajara, Mexico, and that he may be en route there, and she also advised me that he uses other names, that he uses GENE EDWARD KATZORKE in Tucson, that he has a driver's license with that name, and a date of birth of ▮▮▮▮54, but that he also has a passport in the closet of their apartment, and what she thought was another driver's license with a different name other than what is on the passport. She did not know the names at that time.

I got a physical description of her husband and contacted Radio and advised them of the information I had at the time, and advised Radio to contact the Department of Public Safety, the Sheriff's Department, Border Patrol and U.S. Customs in the event the subject would attempt to flee to Mexico.

Detective Karen Wright arrived, and I briefed her on the information

OFFICER REPORTING __WEBSTER  (CONTINUED)__    PAYROLL NO. _____  DATE _____  TIME _____

TEAM _____  SQUAD/DETAIL _____  DIVISION _____

DIAZ VAZQUEZ 000021

TPD 742 (5-83)

## CONTINUATION SHEET
## TUCSON POLICE DEPARTMENT SUPPLEMENTARY REPORT

REPORT NO. 88 06 26 0088

CONNECT-UP
REPORT NO. _____

PAGE ___3___ OF ___6___

DATE OF ORIGINAL REPORT  06/26/88    OFFENSE CLASS:  CRIMINAL HOMICIDE/MURDER

**CONTINUATION OF NARRATIVE**

I had at the time.  She spoke with the nurse, the doctor, the people involved at the hospital, and also took a statement from the mother. I was present during a portion of the taped statement at the hospital, and during that time, I was called out of the room and was advised that the suspect, GENE KATZORKE, was on the telephone and wanted to talk to his wife.  I advised Det. Wright of this and the phone call was tranferred to the conference room, where K███ and Det. Wright were at the time. An induction call (sic) was placed on the telephone and the phone conversation was taped between K███ and her husband, the suspect.  At one point, Det. Wright talked with the suspect, also. I do not have knowledge of the conversation on the suspect's part, just on K███ and Det. Wright's.  K███ initially asked him what had he done to her child, and apparently the suspect changed his story three times.   One time he said he put the baby on the table next to the T.V. and she fell off, then he stated that the baby fell out of the crib, then he stated he put the baby on the table and went in to make the baby some food, and that the baby fell off the table.

Paramedics also advised me that the suspect told them that the baby fell out of the crib, and paramedics advised the suspect that the apartment has carpeting, and that the injuries did not correspond with what he was telling them.  Paramedics then advised that the suspect then produced a toy, some type of musical, round toy, and stated that the child fell on the toy.

After the phone conversation, the mother advised that her husband has never fed the child, and to her knowledge, never even made the baby a bottle, and that the suspect was very jealous of the baby and would not let the mother show the baby any attention when he was home, and the mother could not pick the baby up and hold her, or play with her or show her any attention.  She could only change the baby and feed her, and whenever he walked by the baby, he would cover the baby up from head to toe so he wouldn't see her.  K███ also told me that she thought her daughter was afraid of the suspect, as every time the suspect looked at the baby, she would start crying.  K███ said she was afraid to leave the baby with her husband, as he was violent and that he was abused when he was a child, and that he killed several of his own pets out of anger when he was growing up.  K███ stated that one time when she had to go to work, and she could not get a hold of her babysitter, or the babysitter was unavailable for some reason, she had to leave the baby with her husband.  She stated that when she was at work, she was worried about the baby the entire time, and kept calling to the residence and there was no answer.  Her husband

OFFICER REPORTING  WEBSTER (CONTINUED)    PAYROLL NO. _____  DATE _____  TIME _____

TEAM _____  SQUAD/DETAIL _____  DIVISION _____

16    DIAZ VAZQUEZ 000022

TPD 742 (5-83)

**CONTINUATION SHEET**

REPORT NO ___88 06 26 0088___

**TUCSON POLICE DEPARTMENT SUPPLEMENTARY REPORT**

CONNECT-UP
REPORT NO _____

DATE OF ORIGINAL REPORT ___06/26/88___   OFFENSE CLASS: ___CRIMINAL HOMICIDE/MURDER___   PAGE ___4___ OF ___6___

**CONTINUATION OF NARRATIVE**

showed up at her work to pick up the car seat, and the baby had an injury to her mouth and was bleeding, and her husband stated that he had the baby between his legs, on his lap, while riding in the car, and he slammed on the brakes and the baby's face hit the stearing wheel. She believed him at the time and didn't think anything else of it until this occurred.

I also learned that the suspect had beaten K████ during arguments, and K████ advised that they did have a lot of arguments and fights and that all of them were over the baby, and that her husband would eat the baby's food, and he would get mad if she gave the baby some of his baby food, which apparently was bought for the baby, but he ate it. K████ stated she was not allowed to buy the baby any toys or clothing, and that when she was working at Hardee's, she would have money taken out of her check to buy the baby the little smurfs Hardee's was selling at the time. She stated she bought every one she could get her hands on for her. She stated she would take the baby to the park an dress her up and play with her and she couldn't wait until she walked and for her first birthday.

She was very emotional and crying a lot of the time. She stated that she did believe that GENE, her husband, did kill her child. She stated she was up late the night before, watching a movie and had laid down after the movie, got up with the baby at about 0800 hours, was up for a while, then laid down and took a nap around mid-afternoon. She stated that her husband was in the bedroom with her when she fell asleep, and a short while later, her husband woke her up, stating something was wrong with the baby. She got up and immediately called paramedics. She also stated there was some flakes of some type of mask her husband wears. She stated he was really bad acne scars and he wears some type of clay mask over his face, and some flakes to that, paramedics thought were paint, were on the child, and apparently he had the mask on just prior to the paramedics arrival or while they were there. I learned from the detectives that the neighbors advised that the suspect had some type of mask on.

After Det. Wright took the statements, I stood by at the hospital, as the suspect told Det. Wright that he would be en route to the hospital, due to the fact that the child had died and he was with her just prior to her dying, and that they needed to sit down and talk about it. Det. Wright advised me he was very emotional on the phone, and he wascrying during the entire telephone conversation.

OFFICER REPORTING ~~I went in the room after the mother left and~~ DATE ~~looked at the child,~~

OFFICER WEBSTER (CONTINUED) TEAM _____ SQUAD/DETAIL _____ DIVISION _____

DIAZ VAZQUEZ 000023

TPD 742 (5-83)

**CONTINUATION SHEET**

REPORT NO. 88 06 26 0088

**TUCSON POLICE DEPARTMENT SUPPLEMENTARY REPORT**

CONNECT-UP
REPORT NO _____

PAGE __5__ OF __6__

DATE OF ORIGINAL REPORT __06/26/88__    OFFENSE CLASS: __CRIIMINAL HOMICIDE/MURDER__

**CONTINUATION OF NARRATIVE**

and I observed several, approximately 4 to 5 bruises around her forehead, from one side to the other, and a scratch near her left temple, which looked like some type of abrasion, and also some bruising on the child's abdomen and torso.

OME responded and transported the victim to the Officer of the Medical Examiner. I stood by at the hospital until K▪▪▪▪ had left with her mother and sister and other friends. According to Det. Wright, K▪▪▪▪ was going to be staying with her mother, at least for the night.

Upon clearing the hospital, I responded back to the scene, and spoke with the detectives. I asked Det. Meyers if they had found the other identification of the suspect. He stated, "No," that they had looked in a duffel bag that they were advised it was in, but they did not find it. I went into the bedroom closet, and in a cardboard box under a dark green plastic bag, I found what appeared to be a maroon, nylon zipper type bag. I opened it, looked inside and found an Arizona identification card with the name RICHARD HENRY DIAZ, date of birth ▪▪▪▪▪▪64, and also found a copy of a passport with the name of ENRIQUE RICARDO DIAZ-VASQUEZ. I gave these to Det. Meyers, who in turn gave them to Det. Sgt. Sixto Molina.

The address on the identification card was ▪▪▪▪▪▪▪▪▪▪▪▪▪ and K▪▪▪▪ had advised earlier that her husband has a cousin who she though lived at ▪▪▪▪▪▪▪▪ however, there is no valid address of ▪▪▪▪ on ▪▪▪▪▪▪▪▪▪ she was probably just confused and got the numbers mixed up.

Units went down to ▪▪▪▪▪▪▪▪▪▪▪▪▪ and found the suspect vehicle, the one he left in from the scene in the back yard. Units sat off the residence while detectives obtained a search warrant. After numerous contacts at the door, there was no answer. Units continued to sit off while detectives obtained a search warrant.

I responded out to ▪▪▪▪▪▪▪▪▪▪▪▪ and took a position behind the back alley, behind the fence while detectives and a SAM Unit went into the residence to look for the suspect. The suspect was not located. K▪▪▪▪ advised me that his cousin had left on vacation and would not be back until Wednesday, but that her husband knew how to get into the residence without a key. The only other information I have is that upon returning to the station, Radio contacted me and advised me that a unknown subject contacted Tucson Police and advised that the suspect may be in an '81 Toyota

OFFICER REPORTING __WEBSTER    (CONTINUED)__    PAYROLL NO. _____ DATE _____ TIME _____

TEAM _____ SQUAD/DETAIL _____ DIVISION _____

18    DIAZ VAZQUEZ 000024

TPD 742 (5-83)

**CONTINUATION SHEET**

REPORT NO. 88  06  26  0088

**TUCSON POLICE DEPARTMENT SUPPLEMENTARY REPORT**

CONNECT-UP
REPORT NO _____

DATE OF ORIGINAL REPORT ___06/26/88___   OFFENSE CLASS: ___CRIMINAL HOMICIDE/MURDER___   PAGE ___6___ OF ___6___

**CONTINUATION OF NARRATIVE** _____

pick-up, blue, with a blue stripe, a camper shell and custom wheels
with gold inserts and may be en route to Nogales. The updated information
on the vehicle was broadcast to all Tucson Police units and forwarded
to the Department of Public Safety, the Sheriff's Department, Border
Patrol and Customs. Also, a subject by the name of ▮▮▮▮ VASQUEZ,
contacted Tucson Police and advised that he worked for ▮▮▮▮▮
▮▮▮▮ and that the suspect and his wife and a baby came into the
business a couple of weeks ago and was trying to buy a Nissan pick-up,
but that they could not get a loan for whatever reason, and stated
that the suspect was going to provide a co-signer, that being an uncle
or a cousin, and that he would get the information in the A.M. (sic),
today's date, 06/27/88 (sic) and forward it to Homicide. He also
stated that while they were at the business, numerous employees were
playing with the baby, holding her and that she was a very cute little
girl, and that when he saw the news that she had been killed, he was
enraged and wanted to help out anyway he could, and when they gave
the name of the suspect, he remembered the subject coming into the
business.

The suspect was employed by ▮▮▮▮▮▮▮▮▮▮ and while talking to his
wife, he was upset about losing his job, or not being able to go to
work today, and that he was afraid if he came to the hospital, the
police would slap the cuffs on him and throw him in jail.


N.F.I............


audio/g.v. #17831 (Line 5237)
07/03/88   0100 hours


OFFICER REPORTING ___WEBSTER___   PAYROLL NO. ___21685___   DATE ___06/27/88___   TIME ___1530___

TEAM ___1___   SQUAD/DETAIL ___10___   DIVISION ___SOUTH___

TPD 742 (5-83)

19        DIAZ VAZQUEZ 000025

# TUCSON POLICE DEPARTMENT
## SUPPLEMENTARY REPORT

REPORT NO. 88 06 26 0088

CONNECT-UP
REPORT NO. _____

B I. CLASSIFICATION
CRIMINAL HOMICIDE - MURDER

ICT ████████████    AD ████████    RES. PHONE    BUS. PHONE

ERSONS ARRESTED  KATZORKE, GENE E.    D.O.B. 11-2-64    AD ████████████

OFFENSES OF CORRESPONDING ARRESTEES
1° MURDER
2. CHILD ABUSE

CITATION NUMBER    BOOKING NUMBER

CASE STATUS: RECLASSIFIED | PENDING | SUSPENDED | UNFOUNDED | CLOSED | CASE CLEARED BY | EXCEPTIONAL | ARREST ☒ | SUMMONS

On THE WEEK-END OF JULY 9 1988, I ASSISTED DET. JEFF MYERS IN ARRANGING THE RELEASE OF THE SUSPECT FROM THE MEXICAN AUTHORITIES IN MEXICO CITY. WE SPOKE WITH THE FEDERAL ATTORNEY GENERAL, SEC. OF STATE, THE MEXICAN FEDERAL POLICE COMMANDER AND IMMIGRATION.

AFTER THE SUSPECT WAS RELEASE TO OUR CUSTODY, HE WAS PLACED IN A PLANE AND WE ESCORTED Him BACK TO THE UNITED STATES. DURING THE FLIGHT BACK TO DALLAS, DET. MYERS TOOK A TAPED STATEMENT FROM THE SUSPECT. (SEE HIS STATEMENT FOR DETAILS.)

THIS WAS ALL MY INVOLVEMENT IN THIS CASE.

OFFICER REPORTING  GODOY    PAYROLL NO. 11225    DATE 7-18-88    TIME 0800

TEAM 20   15B    HOMICIDE  CID

DIAZ VAZQUEZ 000026

# TUCSON POLICE DEPARTMENT—ID SUPPLEMENT

REPORT NO. 8806 26 0088

DATE: 6-26-88

CONNECT-UP #

| TYPE OF CRIME OR INCIDENT | LOCATION |
| --- | --- |
| Criminal Homicide-Murder | ▮▮▮▮▮▮ |
| VICTIM'S NAME (LAST,FIRST,MIDDLE) | ADDRESS |
| ▮▮▮ | ▮▮▮▮▮▮ |
| VICTIM'S NAME (LAST,FIRST,MIDDLE) | ADDRESS |
| | |

1. Location of Assignment

   1  ▮▮▮ W. 36th _____ Arrival 1854  Cleared 2022

   2 _____ Arrival_____ Cleared_____

   3 _____ Arrival_____ Cleared_____

   4 _____ Arrival_____ Cleared_____

2. Person in Charge (Title,Name&PR#) OFC: Webster #21485 SGT: Zech#16717 DET:Kessler#8186

   DET: Myers#19570

3. Photographs Taken: _ NO  XX YES  Total Number ___ 70

   Location, overalls and close-ups of interior of Apt. ▮▮▮

4. Processed For Fingerprints  _ NO  X YES  ___ A door handle found at the scene was processed

   and one lift was made. This lift was later detemined to be of no forensic value and destroyed

   NO LIFTS FILED IN ID.(0)

5. Composite Taken  xxNO _ YES  Foil Numbers _____

   Susp. Desc. _____

6. Other (Desc.) _____

ID TECHNICIAN REPORTING Skowron _____ PR. # ___ 27928 ____ DATE 07-04-88

Distribution: 1-Records; 1-ID; 1- _ Det. _ Adam One _ Traffic Team __ 1 __ 2 ___ 3 ___ 4

XXHOMICIDE 1

DIAZ VAZQUEZ 000027

# TUCSON POLICE DEPARTMENT—ID SUPPLEMENT

REPORT NO. __8806 26 0088__

DATE: __JUNE 27, 1988__     CONNECT-UP # _____

| TYPE OF CRIME OR INCIDENT | LOCATION |
|---|---|
| CRIMINAL HOMICIDE, MURDER | ▮ W. CALLE RITA |
| VICTIM'S NAME (LAST,FIRST,MIDDLE) | ADDRESS ▮ W. CALLE RITA |
| ▮ | |
| VICTIM'S NAME (LAST,FIRST,MIDDLE) | ADDRESS |

1. Location of Assignment

   1  __O.M.E. 190 W. PENNINGTON__     Arrival __1014__ Cleared __1310__

   2  _____     Arrival_____ Cleared_____

   3  _____     Arrival_____ Cleared_____

   4  _____     Arrival_____ Cleared_____

2. Person in Charge (Title,Name&PR#) __DET MYERS #19570, DR PARKS  O.M.E.__

3. Photographs Taken: _ NO _X_ YES  Total Number __72__

   __ID & OVERALL VIEWS & INTERNAL VIEWS AS DIRECTED BY THE INVESTIGATORS, ALSO PHOTOS OF THE__

   __X-RAYS.__

4. Processed For Fingerprints _X_ NO _ YES _____

5. Composite Taken _X_ NO _ YES  Foil Numbers _____

   Susp. Desc. _____

6. Other (Desc.) _____

ID TECHNICIAN REPORTING __EILERS__     PR. # __22985__   DATE __JULY 01, 1988__

Distribution: 1-Records; 1-ID; 1- _ Det. _ Adam One _ Traffic Team _ 1 _ 2 _ 3 _ 4

HOMICIDE  22     DIAZ VAZQUEZ 000028

# TUCSON POLICE DEPARTMENT
## SUPPLEMENTARY REPORT

**REPORT NO** 88 06 26 0088

**CONNECT-UP**
**REPORT NO.** _____

| F.B.I. CLASSIFICATION | | LOCATION | | |
|---|---|---|---|---|
| 1. | | ████████████████████ | | |
| 2. | Criminal Homicide/Murder | | | |
| 3. | | | | |

| VICTIMS NAME (LAST, FIRST, MIDDLE) | ADDRESS | RES. PHONE | BUS. PHONE |
|---|---|---|---|
| 1. | | | |
| 2. ████████████████ | ████████ | | |
| 3. | | | |

| PERSONS ARRESTED | D.O.B. | ADDRESS |
|---|---|---|
| 1. | | |
| 2. Katzorke, Gene | ████████ | ████████████ |
| 3. | | |

| OFFENSES OF CORRESPONDING ARRESTEES | CITATION NUMBER | BOOKING NUMBER |
|---|---|---|
| 1. | | |
| 2. 1st Degree Murder | | |
| 3. Child Abuse | | |

| CASE STATUS | RECLASSIFIED | PENDING | SUSPENDED | UNFOUNDED | CLOSED | CASE CLEARED BY | EXCEPTIONAL | ARREST | SUMMONS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | xxx | | | | |

On 06 26 88, at approximately 1700 hours, I responded to
████████ W. 36th Street ████████ as did other members of the
Homicide Detail to which I'm assigned, to conduct the
preliminary investigation of this case.

Upon arrival, I was apprised by Uniform Sgt. Zech of
circumstances which led to both TFD's and TPD's responce
that afternoon to a possible child abuse call which
ultimated in the death of nine month old ████████

Based upon information garnered from Sgt. Zech and
particulars related by Uniform Officer Webster (the
reporting officer), I obtained a telephonic search
warrant ████████ for the residence known as ████████
████████████ from Judge Meehan of the Pima
County Superior Court at 1832 hours.

After having been granted the aforementioned search
warrant for the respective apartment, Detective Kessler
(also a Homicide Detective) assisted me in the immediate
search of the residence. Property ultimately recovered
pursuant to the search warrant was documented on an
inventory return form as well as on departmental property
sheets. The crime scene was photographed also photographed,
at my direction, by Identification Technician Showron.

Immediately after having completed the respective search
of the residence, I responded to ████████████ with
other members of the Homicide Detail and a number of
uniform officers, to investigate the report of a possible
suspect at that location. Upon arrival, a second

OFFICER REPORTING _(Cont.)_    PAYROLL NO. _____    DATE _____    TIME _____

DIAZ-VAZQUEZ 000029

**CONTINUATION SHEET**

**TUCSON POLICE DEPARTMENT SUPPLEMENTARY REPORT**

REPORT NO. 88 06 26 0088

CONNECT-UP
REPORT NO

DATE OF ORIGINAL REPORT ____6/26/88____  OFFENSE CLASS: ___Homicide___

PAGE ___2___ OF ___3___

**CONTINUATION OF NARRATIVE**

search warrant (obtained by Detective Wright) was served at
that location for the person of suspect Gene Edward Katzorke.
Circumstances supporting the assertion that Mr. Katzorke
may have been at that location at the time the warrant was
served were documented in the respective affidavit as well
as Detective Wright's supplement. Upon personally executing
the search warrant at the residence, I found no one inside
or about the premises.

On 06 27 88, at approximatley 1300 hours, Detective Wright
and I commenced to assist Dr. Bruce Parks with the post-
mortem examination of ███████████ remains, at the
conclusion of which, Dr. Parks concluded that her death
was the result of blunt force trauma to the head.

Later that same afternoon, a warrant was obtained for the
arrest of Gene Katzorke in regard to the death of My Hoa
Nguyen. The warrant charged Mr. Katzorke with 1st Degree
Murder and Child Abuse.

On the evening of 06 27 88, Detective Wright and I had
occasion to receive permission of both K█████████████
███████ mother) and ████████ Miker (a friend of the
family) to place trap and traces on their respective
phone lines after there had been an indication (documented
by Detective Wright) that Gene Katzorke had attempted
to contact K█████████ by telephone at these locations
subsequent to the murder. A tape recorder and an induction
coil were left with Ms. K█████ as well as instructions
relating to their use. Phone numbers were also left regarding where Det.
Wright and I could be reached should Mr. Katzorke call.

On the morning of 06 28 88, I received a call from a family
member of K██████████ informing me that Ms. K█████
had Gene Katzorke on the telephone at Dorothy
resident address, ████████████ After having immediately
responded to that location, I learned that Ms. K█████
still had Mr. Katzorke on the line and was recording their
conversation. I then proceeded to speak to Mr. Katzorke
myself (the conversation was recorded) at which time he
ultimately admitted responsibility with regard to the
death of ████████

Although during the course of the aforementioned conversation,

OFFICER REPORTING ___(Cont.)___   PAYROLL NO. _____   DATE _____   TIME _____

TEAM _____   SQUAD/DETAIL _____   DIVISION _____

TPD 742 (5-83)

24

DIAZ VAZQUEZ 000030

## CONTINUATION SHEET
# TUCSON POLICE DEPARTMENT SUPPLEMENTARY REPORT

REPORT NO. __88  06  26  0088__

CONNECT-UP
REPORT NO. _____

DATE OF ORIGINAL REPORT __06  26  88__    OFFENSE CLASS: __Homicide__    PAGE __3__ OF __3__

**CONTINUATION OF NARRATIVE**

Gene Katzorke refused to tell me his current whereabouts, the trap and trace revealed that Mr. Katzorke was somewhere in the country of Mexico.

Later that same day, I obtained Grand Jury Subpoenas for records pertaining to the acounts of Gene Edward Katzorke at th DM Credit Union, the Hughes Credit Union, and the Federal Credit Union.

Through records checks here and abroad, I was ultimately then able to ascertain that Gene Katzorke had relatives, to include his mother, in Guadalajara, Mexico.  I then made arrangements to have the Mexican Federal Judicaial Police arrest him in Guadalajara pursuant to alien statutes, whereupon he was ultimately incarserated in Mexico City, Mexico.

On 07 09 88, I responded to Mexico City, Mexico, to arrest Gene Katzorke regarding the warrant for 1st Degree Murder and Child Abuse.

On the morning of 07 12 88, officials of the Mexican Federal Judicaial Police, relinquished custody of Gene Katzorke to Detective Godoy and me on a commercial jet destined for the United States.

At 0915 hours, that same date, I then proceeded to advise Gene Katzorke that he was under arrest for the aforementioned charges, and in my custody.  Immediately thereafter, I began to take a voluntary taped statement from him concerning the events of 06 26 88.

Upon arrival in Tucson, Arizona, Gene Edward Katzorke was booked at the Pima County Jail at my direction for the listed charges.

N.F.I.

OFFICER REPORTING __Myers__    PAYROLL NO. __19570__    DATE __7/26/88__    TIME __1500__

TEAM _____    SQUAD/DETAIL __Homicide__    DIVISION __CID__

TPD 742 (5-83)

25    DIAZ VAZQUEZ 000031

SHELTON   26600
T1

# TUCSON POLICE DEPARTMENT
## SUPPLEMENTARY REPORT

**REPORT NO** 88 06 26 0088

**CONNECT-UP**
**REPORT NO.** _____

| F.B.I. CLASSIFICATION | LOCATION |
|---|---|
| 1. CRIMINAL HOMICIDE/MURDER | |
| 2. | |
| 3. | |

| VICTIMS NAME (LAST, FIRST, MIDDLE) | ADDRESS | RES. PHONE | BUS. PHONE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |

| PERSONS ARRESTED | D.O.B. | ADDRESS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| OFFENSES OF CORRESPONDING ARRESTEES | CITATION NUMBER | BOOKING NUMBER |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| CASE STATUS | RECLASSIFIED | PENDING | SUSPENDED | UNFOUNDED | CLOSED | CASE CLEARED BY | EXCEPTIONAL | ARREST | SUMMONS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

On June 26th, 1988, at approximately 1930 hours, Officer Slyter advised via radio that a possible suspect vehicle that was driven by a GENE EDWARD KATZORKE had been located in the ▮▮▮▮ of ▮▮▮▮ Officer Slyter advised via radio that a two door, gray, Fiat, ▮▮▮▮ sic) that had last been driven by the suspect had been located in the rear of the enclosed yard of ▮▮▮▮ Officer Stephens, #26744, and myself were riding a two man unit. We responded to the rear of the residence at 601 West Calle Rita at the request of Officer Slyter and secured that area. Officer Stephens and I maintained a position to the rear of the residence in order to observe the residence to ensure that no one entered or exited from the rear of the residence. Officer Slyter and Officer Holt attempted to make contact at the front of the house by knocking on the door to see if anyone was home with no response. Sgt. Gonzales repsonded to the scene. At that time Officer Stephens was assigned to the southwest corner of the fenced in yard area. I was assigned to the northeast corner of the house, along with Officer Garcia, who was assigned to the northwest side of the house. Us three officers provided coverage of the residence to secure the residence until Homicide detectives could respond with a search warrant for the house. All three officers remained at the scene until Homicide detectives did respond. At such time Detective Myer and Officer Freeman from the Dog Unit did make entry into the residence. I did stand by the front door of the residence, securing that area after the door had been kicked open by Detective Myers. I stood by that area until relieved from my position by Sgt. Zech, who was in charge of the scene. Sgt. Zech advised to contact the supplement line and advise of all activities that I had taken at the scene.

NFI.
Audio/amb #27023  (5237)
June 27, 1988  0145 hours

OFFICER REPORTING _____ SHELTON _____ PAYROLL NO. 26600 _____ DATE 06-26-88 TIME 2352

TEAM 26   1   DIAZ-VAZQUEZ 000032 DIVISION UNIFORM

**TUCSON POLICE DEPARTMENT**
**SUPPLEMENTARY REPORT**

REPORT NO. BB 06260084

CONNECT-UP
REPORT NO. _____

B1. CLASSIFICATION  CRIMINAL HOMICIDE — MURDER

PERSONS ARRESTED
1. KATZORKE, GENE E.
2.
3.

OFFENSES OF CORRESPONDING ARRESTEES
1. 1ST MURDER
2. CHILD ABUSE
3.

| CASE STATUS | RECLASSIFIED | PENDING | SUSPENDED | UNFOUNDED | CLOSED | CASE CLEARED BY | EXCEPTIONAL | ARREST | SUMMONS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | X | |

On the week-end of July 9 1988, I
assisted Det. Jeff Myers in arranging
the Release of the Suspect from the
Mexican Authorities in Mexico City. We
spoke with the Federal Attorney General,
Sec. of State, the Mexican Federal Police
Commander and Immigration.
After the suspect was Release to our
custody, He was Placed in a Plane and we
escorted him back to the United States. During
the flight back to Dallas, Det. Myers
took a Taped statement from the suspect.
(See His statement for Details.)
This was all my involvement in this
case.

OFFICER REPORTING  Godoy

PAYROLL NO. 11225

TEAM 15B

DATE 7-18-88  TIME 0800

SQUAD/DETAIL  DMK WRO  DIVISION  C17

27

DIAZ VAZQUEZ 000033

# TUCSON POLICE DEPARTMENT — IL SUPPLEMENT

REPORT NO. __8806 26 0088__

DATE: __JUNE 27, 1988__                         CONNECT-UP # _____

| TYPE OF CRIME OR INCIDENT CRIMINAL HOMICIDE, MURDER | LOCATION |
| --- | --- |
| VICTIM'S NAME (LAST,FIRST,MIDDLE) | ADDRESS |
| VICTIM'S NAME (LAST,FIRST,MIDDLE) | ADDRESS |

1. Location of Assignment

    1 __O.M.E. 190 W. PENNINGTON__                Arrival __1014__ Cleared __1310__

    2 _____           Arrival_____ Cleared_____

    3 _____           Arrival_____ Cleared_____

    4 _____           Arrival_____ Cleared_____

2. Person in Charge (Title,Name&PR#) __DET MYERS #19570, DR PARKS  O.M.E.__

3. Photographs Taken: _ NO _X_ YES  Total Number __72__

    ID & OVERALL VIEWS & INTERNAL VIEWS AS DIRECTED BY THE INVESTIGATORS, ALSO PHOTOS OF THE

    X-RAYS.

4. Processed For Fingerprints _X_ NO _ YES _____

5. Composite Taken _X_ NO _ YES  Foil Numbers _____

    Susp. Desc. _____

6. Other (Desc.) _____

ID TECHNICIAN REPORTING __EILERS__    PR. # __22985__    DATE __JULY 01, 1988__

Distribution: 1-Records; 1-ID; 1- _ Det. __HOMICIDE__

Adam One  DIAZ VAZQUEZ 000034  TPD 542 Apr 85  3—4

# PIMA COUNTY SHERIFF'S DEPARTMENT ARREST INFORMATION SHEET

SHADED BLOCKS ARE TO BE COMPLETED BY
CORRECTIONS BUREAU PERSONNEL

TIME BOOKED: 1804   BOOKING NUMBER: 880712190543

| AGENCY | REFERENCE NUMBER | CLASS CODE | INCIDENT DATE | TIME | ARREST DATE | | PAGE |
|---|---|---|---|---|---|---|---|
| PDBB | 0626 0088 | 0101 | 0626BB | 1500 | 0712BB 0910 | | 1 OF 1 |

ARREST LOCATION: NO., STREET, CITY, STATE: MEXICO CITY; MEXICO
INCIDENT LOCATION: W. 36 □ SAME AS ARREST LOCATION

| LAST NAME | FIRST | FULL MIDDLE | RACE | SEX |
|---|---|---|---|---|
| KATZORKE | GENE | EDWARD | H | M |

| DOB | AGE | HEIGHT | WEIGHT | HAIR COLOR | EYE COLOR | COMPLEXION | SOC. SEC. NO. |
|---|---|---|---|---|---|---|---|
| | 23 | 510 | 190 | BRN | BLU | BRN | |

| BIRTHPLACE: CITY AND STATE OR COUNTRY | CITIZEN OF | TIME IN TUCSON | DRIVER'S LIC. NO. | STATE | YEAR |
|---|---|---|---|---|---|
| Tucson, AZ | US | LIFE | NIP | | |

| HR. LTH. | HAIR STYLE | FACIAL HAIR | EYEGLASSES | EYE DEFECTS | COMPLEXION | BUILD | GEN. APPEARANCE |
|---|---|---|---|---|---|---|---|
| SH | CU | US | | | FA | | |

DEMEANOR   SCARS, MARKS, TATTOOS, AMPUTATIONS, DEFECTS

| RESIDENCE ST. NO. | DIRECTION, STREET NAME, APT. NO., CITY | TSN | STATE AZ | ZIP 85713 |
|---|---|---|---|---|

EMPLOYER   HOW LONG EMPLYD: 4 Month   OCCUPATION (EVEN IF UNEMPLYD): INSTALLER   BUSINESS ADDRESS   PHONE   HOME PHONE

AKA: ENRIQUE RICARDO DIAZ-VASQUEZ
HENRY RICHARD DIAZ   OTHER DOB: 64   IN CASE OF EMERGENCY NOTIFY NAME: SO#   ADDRESS   PHONE

| | SOURCE | CLASS | TYPE | STATUTE | CHARGE TEXT | CHRG.RLSE.TYPE |
|---|---|---|---|---|---|---|
| PRIMARY CHARGE — 1 | ARS | 1 | F | 13-1105 | 1st Degree Murder | |
| AGENCY: USE ORI OR CRIS CODE PD | REPORT NO. □ SAME AS ABOVE | COURT JP01 | BOND AMOUNT | NO. OF: □ CT. CASE □ WARR □ CIT. BB-07643 | | |
| LESSER CHARGE — 2 | ARS | 2 | F | 13-3623 | Child Abuse | |
| AGENCY: USE ORI OR CRIS CODE PD | REPORT NO. □ SAME AS ABOVE | COURT JP01 | BOND AMOUNT 1,000,000 | NO. OF: □ CT. CASE □ WARR □ CIT. BB-07643 | | |
| LESSER CHARGE — 3 | | | | | | |
| AGENCY: USE ORI OR CRIS CODE | REPORT NO. □ SAME AS ABOVE | COURT | BOND AMOUNT | NO. OF: □ CT. CASE □ WARR □ CIT. | | |
| LESSER CHARGE — 4 | | | | | | |
| AGENCY: USE ORI OR CRIS CODE | REPORT NO. □ SAME AS ABOVE | COURT | BOND AMOUNT | NO. OF: □ CT. CASE □ WARR □ CIT. | | |
| LESSER CHARGE — 5 | | | | | | |
| AGENCY: USE ORI OR CRIS CODE | REPORT NO. □ SAME AS ABOVE | COURT | BOND AMOUNT | NO. OF: □ CT. CASE □ WARR □ CIT. | | |

| ARRESTEE LEFT AT CVC | COURT/CVC # | WEAPON INVOLVED | TYPE □ N/A FISTS | ARMED WHEN ARRESTED □ Y ☑ N | PROP RECOVERED □ Y ☑ N □ UNK | RESISTED ARREST □ Y ☑ N | EVIDENCE FOUND IN POSSESSION □ Y ☑ N | ADMISSION MADE □ Y □ N | LIKELY TO FLEE IF RELEASED □ Y □ N □ UNK |
|---|---|---|---|---|---|---|---|---|---|
| MADE THREATS TO ANOTHER □ Y □ N | NAME OF PERSON THREATENED □ N/A | | | ARR./VICTIM □ FAMILY □ NEIGHBOR □ OTHER | RELATIONSHIP □ ACQUAINTANCE/FRIEND □ CO-WORKER □ NONE | | | VICTIM INJURED □ Y ☑ N | |

PLACE COMMENTS ON REVERSE SIDE OF COURT COPY REGARDING ANY AGGRAVATING OR MITIGATING CIRCUMSTANCES

| SID NUMBER | MUG NUMBER 14468812 | FBI NUMBER | PRINTS HELD ☑ PCSD □ Y □ N | PRIOR ARR. BY □ Y □ N | WANTED CHECKS ☑ CRIS ☑ ACIC ☑ XACIC | TPD CLK # 1202 PCSD CLK # |
|---|---|---|---|---|---|---|

| NAME OF ARRESTING OFFICER | I.D. NO. 19520 | AGENCY TSN PD | NAME OF BOOKING OFFICER PAETTHILEY | I.D. NO. 1373 | NAME OF I.D. OFFICER | I.D. NO. |
|---|---|---|---|---|---|---|
| Myra | | | | | | |

| PHONE NO CALLED 884-0331 | ALTERNATE NO. 889-9331 | CALL DATE 7/2/88 | TIME | I.D. OF OFC. PRESENT 20098 | SIGN HERE Not an admission of guilt/FIRME AQUI: No es admision de culpabilidad DIAZ VAZQUEZ 000035 |
|---|---|---|---|---|---|

PCSD 814   Corrections Bureau Copy   1/84