# ATTACHMENT B

# Suspect in child's death may be in Mexico

**BY GABRIELLE FIMBRES**
Citizen Staff Writer

Police fear the Tucson man wanted for questioning in connection with the beating death of his 9-month-old stepdaughter may have fled to Mexico.

An arrest warrant has been issued for Enrique Ricardo Diaz-Vasquez, 23, also known as Richard Diaz and Gene E. Katzorke, homicide Sgt. Sixto Molina of the Tucson Police Department said yesterday.

Molina said he received information that the man's mother lives in Guadalajara, Jalisco, and Molina said he may have left the country.

The girl, ███ was found dead in her home in the 1900 block of ███ at about 3 p.m. Sunday.

Molina said autopsy results indicated the child died from "blunt-force injuries" to the head and body. The injuies were sustained shortly before death, Molina said.

Police said the child's 19-year-old mother was asleep and was awakened by her husband, who told her the baby was not breathing. The mother called the Tucson Fire Department. Paramedics suspected the child had been abused and informed police.

The child was taken to University Medical Center, but she was dead on arrival. Diaz-Vasquez had left home before police arrived.

Molina said Mexican authorities would be contacted in an attempt to find Diaz-Vasquez. He said the man is a U.S. citizen and could be deported if found.

Meanwhile, the search for Diaz-Vasquez continued here, he said.

Diaz-Vasquez' car was found last night in the back yard of his cousin's home in the 600 block of ███  A search warrant was obtained, but Diaz-Vasquez was not at the house, Molina said.

Molina said the child's natural father, who was not married to the mother, lives in Tucson.

Copyright © 2022 Newspapers.com. All Rights Reserved.

POWERED BY Newspapers.com