# ATTACHMENT D

AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| In the Matter of the Search of 2016 East Gwen Street, Phoenix, AZ 85042 | Case No.   25-9164 MB |
|---|---|

### SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

### As further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

### As set forth in Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before 4/10/2025 _____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on criminal duty in the District of Arizona.</u>

☒ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☒ for <u>30</u> days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 3/27/2025 @ 2:30pm        *Eswillett*
                                                  *Judge's signature*

City and state: <u>Phoenix, Arizona</u>        <u>Honorable Eileen S. Willett, U.S. Magistrate Judge</u>
                                                *Printed name and title*

## ATTACHMENT A

*Property to be searched*

The property to be searched is the residence located at 2016 E. Gwen Street, Phoenix, AZ 85042, including the residence, curtilage, outbuildings and appurtenances (hereinafter referred to as "**Target Residence**"). This property is described as a single-family, two-story tan colored, 6-bedroom, 3-bathroom, located in the Siesta Foothills subdivision of Phoenix, Arizona. According to public records maintained by the Maricopa County Assessor's Office, 2016 E. Gwen Street, Phoenix, AZ 85042 was purchased by Gene Edward Katzorke and Kristen N. Rose on March 27, 2018. This home, built in 2004, is approximately 3,124 sq ft. with a pool, covered patio and two garage stalls. On the eastern side of the property is a mobile home parked behind a brown-colored gate.









Google Maps:





Maricopa County Assessor's Office:

Photo taken 10/18/2020 – facing north



Photo taken 10/28/2021 – facing north



Photo taken 10/25/2021 – facing west



Photo taken 10/28/2021 – facing south



This requested search shall include all vehicles present at the **Target Residence** at the time of execution of the search warrant that are (1) registered or owned by Gene Edward Katzorke or Kristen N. Rose; (2) found on the curtilage of the **Target Residence;** or (3) found to be associated with the **Target Residence** either through documentation or the presence of keys.

**ATTACHMENT B**
*Property to be seized*

1. Firearms, complete and/or firearms frames/receivers;

2. Firearms parts, cases, accessories, accoutrements, lights, optics, scopes, slings, holsters, foregrips, and other items that can be mounted and/or otherwise attached to a firearm;

3. Ammunition, including ammunition components;

4. Firearm magazines, and magazine pouches;

5. Firearm cleaning kits, firearm cleaning supplies, and firearm cleaning tools/accessories;

6. Firearm manuals, firearms related publications including repair manuals and periodicals;

7. Firearm targets and firearm zero targets;

8. Right to open by any means necessary firearm safe/storage box found on the premises;

9. Records/ledgers showing history of firearms purchases, ownership, and/or possession; and

10. State of Arizona issued Concealed Weapons Permit.

AO 106 Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>2016 East Gwen Street, Phoenix, AZ 85042 | Case No.     25-9164 MB |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property:

**As further described in Attachment A**

located in the District of Arizona, there is now concealed:

**As set forth in Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is:

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☒ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code/Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(6) | False Statements in Connection with the Acquisition of a Firearm |
| 18 U.S.C. § 924(a)(1)(A) | False Statements to a Federal Firearms Licensee |

The application is based on these facts:

**See attached Affidavit of Special Agent Lowell I. Farley, Jr.**

☒ Continued on the attached sheet.

☐ Delayed notice of _30_ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by SAUSA Sydney Yew

SYDNEY YEW (Affiliate)   Digitally signed by SYDNEY YEW (Affiliate)<br>Date: 2025.03.27 13:23:22 -07'00'

LOWELL FARLEY   Digitally signed by LOWELL FARLEY<br>Date: 2025.03.27 13:27:37 -07'00'

*Applicant's Signature*

Special Agent Lowell I. Farley, Jr., ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __3/27/2025@2:30pm__

*Judge's signature*

City and state: Phoenix, Arizona

Honorable Eileen S. Willett, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

*Property to be searched*

The property to be searched is the residence located at 2016 E. Gwen Street, Phoenix, AZ 85042, including the residence, curtilage, outbuildings and appurtenances (hereinafter referred to as "**Target Residence**"). This property is described as a single-family, two-story tan colored, 6-bedroom, 3-bathroom, located in the Siesta Foothills subdivision of Phoenix, Arizona. According to public records maintained by the Maricopa County Assessor's Office, 2016 E. Gwen Street, Phoenix, AZ 85042 was purchased by Gene Edward Katzorke and Kristen N. Rose on March 27, 2018. This home, built in 2004, is approximately 3,124 sq ft. with a pool, covered patio and two garage stalls. On the eastern side of the property is a mobile home parked behind a brown-colored gate.













18.0'
Cov Patio
320.0 sf
10.0'
32.0'
3.0'
2.0'
10.0'
2.0'

57.0'

1st Floor
2155.5 sf

4.0'
2.0'
12.5'
4.0'
6.0'
3.0'
2.0'
13.0'
32.0'
15.0'
12.0'
12.5'
22.0'

Att Garage
472.0 sf
22.0'
20.0'
16.0'
2.0'
6.0'

18.0'
6.0'
3.0'
10.0'
30.0'
2nd  Floor
968.0 sf
10.5' 29.0'
10.0'
14.0'
11.5'
2.0'
2.0'
12.5'
14.0'
13.0'

Google Maps:





Maricopa County Assessor's Office:

Photo taken 10/18/2020 – facing north



Photo taken 10/28/2021 – facing north



Photo taken 10/25/2021 – facing west



Photo taken 10/28/2021 – facing south



This requested search shall include all vehicles present at the **Target Residence** at the time of execution of the search warrant that are (1) registered or owned by Gene Edward Katzorke or Kristen N. Rose; (2) found on the curtilage of the **Target Residence;** or (3) found to be associated with the **Target Residence** either through documentation or the presence of keys.

# ATTACHMENT B
*Property to be seized*

1. Firearms, complete and/or firearms frames/receivers;

2. Firearms parts, cases, accessories, accoutrements, lights, optics, scopes, slings, holsters, foregrips, and other items that can be mounted and/or otherwise attached to a firearm;

3. Ammunition, including ammunition components;

4. Firearm magazines, and magazine pouches;

5. Firearm cleaning kits, firearm cleaning supplies, and firearm cleaning tools/accessories;

6. Firearm manuals, firearms related publications including repair manuals and periodicals;

7. Firearm targets and firearm zero targets;

8. Right to open by any means necessary firearm safe/storage box found on the premises;

9. Records/ledgers showing history of firearms purchases, ownership, and/or possession; and

10. State of Arizona issued Concealed Weapons Permit.

**AFFIDAVIT IN SUPPORT OF SEARCH WARRANT**

I, Lowell I. Farley, Jr., a Senior Special Agent of the Bureau of Alcohol, Tobacco, Firearms & Explosives, United States Department of Justice, being duly sworn, does depose and state the following:

## I.    INTRODUCTION AND BACKGROUND OF AFFIANT

1.     I am a Senior Special Agent (SSA) with the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF) and have been so employed since March 2005. I am currently assigned to the ATF Phoenix Field Division, Phoenix Group I Field Office. As an ATF SSA, I am authorized to investigate violations of the laws of the United States and am a law enforcement officer within the meaning of 18 U.S.C. § 2510(7). Prior to becoming an ATF SSA, I was employed by Nippon Telephone & Telegraph (NTT) as a systems engineer. Prior to my employment with NTT, I was employed by Motorola as a software engineer.

2.     I am a graduate of the University of Florida in Gainesville, Florida. I possess Bachelor of Science and Master of Science degrees in Decision & Information Sciences. I am a graduate of the Criminal Investigator Training Program (CITP) at the Federal Law Enforcement Training Center (FLETC) in Glynco (Brunswick), Georgia. I am also a graduate of the ATF Special Agent Basic Training (SABT) program at the ATF National Academy in Glynco, Georgia. Based on my training, knowledge, and experience, I regularly conduct federal criminal investigations of offenses enumerated in Title 18, Title 21, and Title 26 of the United States Code (U.S.C.).

3.     I specifically possess knowledge, training, and experience in investigating violations of statutes enacted in the Gun Control Act of 1968 (GCA), Title 18, U.S.C., Chapter 44 and of statutes enacted in the National Firearms Act of 1934 (NFA), Title 26, U.S.C., Chapter 53. I have attended specialized training provided by ATF in the identification and classification of firearms and determining whether a firearm and/or ammunition has moved in and/or otherwise affected interstate commerce. I am a recognized interstate nexus expert in the United States District Court for the District of Arizona and for the Southern District of Texas.

4.     During my 20 years as a federal law enforcement officer, I have acquired extensive

1

experience in conducting physical surveillance, interviewing witnesses, writing affidavits for warrants, and executing warrants for arrests and searches. I routinely access multiple databases and intelligence-based systems throughout my investigations and have participated in numerous interagency and international investigations.

5.      Based on my training, knowledge, and experience, I know it is a violation of Title 18 USC § 922(a)(6) for any person in connection with the acquisition or attempted acquisition of any firearm or ammunition from a licensed dealer of firearms (FFL) knowingly to make any false or fictitious oral or written statement or to furnish or exhibit any false, fictitious, or misrepresented identification, intended or likely to deceive such dealer with respect to any fact material to the lawfulness of the sale or other disposition of such firearm or ammunition under federal law.

6.      I also know it is a violation of Title 18 USC § 924(a)(1)(A) to make any false statement or representation with respect to the information required by law to be maintained by an FFL. I additionally know it is a violation of Title 18 USC § 922(g)(5)(A) for any person to possess any firearm or ammunition that has moved in or otherwise affected interstate commerce while being an alien unlawfully present in the United States. Further, I know that any firearm or ammunition involved in any violation of 18 USC § 922(a)(6), 18 USC § 922(g)(5)(A), and/or 18 USC § 924(a)(1)(A), is subject to seizure and forfeiture to the United States.

7.      The facts in this affidavit come from my personal observations, my training and experience, information obtained from other agents involved in the investigation, and information obtained from witnesses. Based on the below facts, I submit there is probable cause to establish that the items specified in Attachment A, not limited to but including firearms and ammunition, exist at the residence located 2016 East Gwen Street, Phoenix, Arizona 85042, in Maricopa County in the Phoenix Division of the District of Arizona (hereinafter the "**Target Residence**"). Additionally, I submit evidence of violations of Title 18, USC, §§ 922(a)(6) and 924(a)(1)(A) exist at the **Target Residence**.

8.      Because this Affidavit is being submitted for the limited purpose of establishing probable cause for the requested warrant, I have not set forth all the relevant facts known to law enforcement officers.

II.    **PROBABLE CAUSE**

9.    On or about March 12, 2025, I was apprised of potential violations of the statutes enacted within the GCA by ENRRIQUE RICARDO DIAZ VAZQUEZ, also known as Gene Edward Katzorke (hereinafter as "DIAZ VAZQUEZ").

10.    On May 20, 2022, DIAZ VAZQUEZ submitted a U.S. Passport renewal application, Form DS-82. In the application DIAZ VAZQUEZ purported to be Gene Edward Katzorke, born in Tucson Arizona on August 6, 1964. the United States Diplomatic Security Services (DSS) initiated a criminal investigation into suspected passport fraud because of a late-issued social security number and December 1966 obituary for Gene Edward Katzorke.

11.    DSS Special Agents (SA) discovered an obituary in the Tucson Daily Citizen for a "Gene E. Katzorke," a male who was born on August 6, 1964, and who passed away on December 23, 1966, at the age of two years old.  DSS agents confirmed the true Gene Edward Katzorke passed away in Colorado and was buried at the Holy Hope Cemetery located in Tucson, AZ.

12.    Agents conducted an interview of Lou Ann Simmons ("Simmons"), the sister of the real Gene Edward Katzorke. Simmons stated that she had a younger brother named Gene Edward Katzorke who died as a child in Denver, Colorado, and was buried in Tucson, AZ.

13.    Based on this information, DSS agents located a State of Colorado, Death Certificate provided that Gene Edward Katzorke died at the Denver Colorado General Hospital on December 23, 1966.

14.    Law enforcement records checks located a criminal history record for the purported Gene Edward Katzorke, where it linked Gene Edward Katzorke with aliases of Enrrique Ricardo Diaz Vazquez and Richard Henry Diaz. Later the investigation revealed that Gene Edward Katzorke's true name is DIAZ VAZQUEZ.  DSS interviewed Jose Aguirre Diaz ("Aguirre Diaz"), DIAZ VAZQUEZ's cousin, in Arizona.  Aguirre Diaz confirmed the purported Gene Edward Katzorke's true name is Enrrique Ricardo Diaz Vazquez. Aguirre Diaz also positively identified DIAZ VAZQUEZ from a U.S. passport application photograph that he submitted under the name Gene Edward Katzorke. Aguirre Diaz also stated that DIAZ VAZQUEZ was raised in Guadalajara, Mexico.

3

15.    In 2024, DSS agents located a Mexican birth record registered in the name of DIAZ VAZQUEZ that showed he was born on November 9, 1964, in Guadalajara, Mexico. Records checks confirmed that DIAZ VAZQUEZ has never applied for or obtained status to reside in the United States.

16.    On March 7, 2025, DSS agents conducted a routine passport application interview with DIAZ VAZQUEZ. During that interview, DIAZ VAZQUEZ confirmed that his current residence was the **Target Residence.**  On that same day, DSS agents placed DIAZ VAZQUEZ under arrest for passport fraud.  DIAZ VAZQUEZ waived his *Miranda* rights and agreed to speak to agents. DIAZ VAZQUEZ told DSS agents that he picked the name "Gene Edward Katzorke" after walking around a cemetery. He stated he received advice from a U.S. military recruiter to do this so that DIAZ VAZQUEZ could join the U.S. military. During the interview, DIAZ VAZQUEZ also confirmed his real name to be ENRRIQUE RICARDO DIAZ VAZQUEZ, and that he was born in November 1964 in Guadalajara, Mexico.

17.    On March 26, 2025, I contacted the management of Sportsman's Warehouse, a multi-state sporting goods chain headquartered in the Salt Lake City, Utah area, and learned that DIAZ VAZQUEZ, using the name Gene Edward Katzorke, acquired approximately ten (10) firearms stemming from approximately eight (8) different purchases made at Sportsman's Warehouse #257. Sportsman's Warehouse #257 is an FFL located at 840 N. 54th Street, Chandler, Arizona 85226 in Maricopa County in the District of Arizona. I requested copies of all the Firearm Transaction Records, known as ATF Forms 4473, required to be maintained by Sportsman's Warehouse reference all of the firearms purchases by DIAZ VAZQUEZ.  I learned  the firearms purchases were made between February 11, 2022, and June 29, 2024.

18.    From examining the approximately eight (8) ATF Forms 4473, I learned the following:

- On February 11, 2022, DIAZ VAZQUEZ purchased one (1) Taurus, Model G3, 9 x 19 mm caliber semi-automatic pistol, serial# ACM590769.

- On July 6, 2022, DIAZ VAZQUEZ purchased one (1) Sig-Sauer, Model P322, .22 LR caliber semi-automatic pistol, serial# 73A014639; and one (1) Sig-Sauer, Model P320

4

M18, 9 x 19 mm caliber semi-automatic pistol, serial# M18A060594.

- On August 13, 2022, DIAZ VAZQUEZ purchased one (1) Taurus, Model G3, 9 x 19 mm caliber semi-automatic pistol, serial# ADH588972; and one (1) Ruger, Model MAX-9, 9 x 19 mm caliber semi-automatic pistol, serial# 350042192.

- On August 28, 2022, DIAZ VAZQUEZ purchased one (1) Sig-Sauer, Model P365, 9 x 19 mm caliber semi-automatic pistol, serial# 66F278966.

- On December 17, 2022, DIAZ VAZQUEZ purchased one (1) Girsan, Model Regard MC, 9 x 19 mm caliber semi-automatic pistol, serial# T6368-22A10796.

- On March 30, 2024, DIAZ VAZQUEZ purchased one (1) Springfield Armory (HS Produkt), Model XDM Elite, 9 x 19 mm caliber semi-automatic pistol, serial# BA634613.

- On April 14, 2024, DIAZ VAZQUEZ purchased one (1) Smith & Wesson, Model M&P 10, 10 mm Auto caliber semi-automatic pistol, serial# DLU0871.

- On June 29, 2024, DIAZ VAZQUEZ purchased one (1) Sun City (China)/Savage Arms, Model 320, 20-gauge shotgun, serial # 219288P.

19.     From reviewing the eight (8) aforementioned ATF Forms 4473, I noted that on each form the following fields were falsified by DIAZ VAZQUEZ:

- Section B, Question 9: Transferee's/Buyer's Full name— DIAZ VAZQUEZ answered "Gene Edward Katzorke" when, in fact, his name is ENRRIQUE RICARDO DIAZ VAZQUEZ.

- Section B, Question 11: Place of Birth— DIAZ VAZQUEZ answered Tucson, Arizona; when, in fact, his true place of birth is Guadalajara, State of Jalisco, Country of Mexico.

- Section B, Question 15: Birth Date— DIAZ VAZQUEZ answered August 6, 1964, when; in fact, his true date of birth is November 9, 1964.

- Section B, Question 19: Country of Citizenship: DIAZ VAZQUEZ answered United States of America; when, in fact, his true country of citizenship is Mexico.

- Section B, Question 21(l.): Are you an alien illegally or unlawfully in the United States?— DIAZ VAZQUEZ answered no to this question when, in fact, he does not have legal status in the United States.

- Section B, Question 22: Transferee's/Buyer's Signature and certification that the answers to Section B are true, correct, and complete— DIAZ VAZQUEZ signed and certified his answers were true; however, they were not.

20.    I surmised that a total of six (6) falsifications exist on each of the eight (8) ATF Forms 4473 that I examined and concluded the ten (10) firearms referenced above were acquired unlawfully and; hence forth, subject to seizure and forfeiture by the United States.

## III.    <u>INTERSTATE NEXUS OPINION</u>

21.    Based on the descriptions of the above firearms, I know from my knowledge, training, and experience as an ATF interstate nexus expert and as a recognized expert in the United States District Court for the District of Arizona and for the Southern District of Texas that all of the firearms referenced above, except for the Ruger, Model MAX-9 pistol, were manufactured outside of the State of Arizona and would have moved in and/or otherwise affected interstate commerce to arrive in Arizona. I also know that no ammunition is currently commercially manufactured inside of the State of Arizona. I further know that Ruger manufactures semi-automatic centerfire pistols such as the Model MAX-9 in the State of Arizona and/or in the State of North Carolina.

## IV.    <u>PROOF OF RESIDENCE AND OCCUPANCY</u>

22.    DSS advised me that on March 7, 2025, DIAZ VAZQUEZ was arrested on federal criminal charges within DSS criminal jurisdictional purview. They also advised me that DIAZ VAZQUEZ has remained in federal custody since his arrest by DSS on March 7, 2025.

23.    An electronic records search has shown that the **Target Residence** is owned by DIAZ VAZQUEZ (under his alias Katzorke) and his wife, Kristen N. Rose. I also was advised that DIAZ VAZQUEZ listed the **Target Residence** as his domicile on his United States Passport Applications in 2022 and 2024. Additionally, DIAZ VAZQUEZ lists the **Target Residence** as his address on his State of Arizona issued Driver's License (AZDL# B13700659).

24.    On all of the above referenced ATF Forms 4473, DIAZ VAZQUEZ provided the **Target Address** as his residence to the answer to the question listed on Section B, Question 10, which asks the current state of residence and address.

6

## V.    **CONCLUSION**

25.      I know from my training, knowledge, and experience that persons who own firearms keep them for long periods of time at their residence to further a firearms collection, to secure their firearms for safety, and for home defense. I know persons who possess firearms also possess ammunition either stored in boxes, cases, or prepped/loaded in firearms magazines to be able to reload their firearms with speed and ease. I also know that persons who possess firearms and ammunition also possess firearm accessories and/or accoutrements such as holsters, magazine pouches, spare magazines, scopes, optics, firearm lights, spare firearm parts, firearms manuals, firearm cleaning supplies, ammunition boxes/cans, firearm publications/periodicals, and other items of interest related to firearms and ammunition. I request permission to seize these items as set forth in Attachment A of this Affidavit.

26.      I also know that persons who possess firearms and ammunition also possess firearm accessories and/or accoutrements such as holsters, magazine pouches, spare magazines, scopes, optics, firearm lights, spare firearm parts, firearms manuals, firearm cleaning supplies, ammunition boxes/cans, firearm publications/periodicals, and other items of interest related to firearms and ammunition. **I also know that persons who own or otherwise possess firearms sometimes store them in vehicles and/or sheds/outbuildings located on their property as well as in firearms safes/lockboxes for secure storage of the firearms and ammunition. I request permission to open any locked firearms safe or lockbox by any means necessary.** I request permission to seize these items as set forth in Attachment A of this Affidavit.

27.      I conclude there is sufficient probable cause to issue a search warrant to seize the items set forth in Attachment A of this Affidavit from the **Target Residence** specified in Attachment B as evidence of violations of 18 USC §§ 922(a)(6) and 924(a)(1)(A) by DIAZ VAZQUEZ.

LOWELL FARLEY
Digitally signed by LOWELL FARLEY
Date: 2025.03.27 13:29:28 -07'00'

_____

Senior Special Agent Lowell Farley

Bureau of Alcohol, Tobacco, Firearms and Explosives

7

Subscribed and sworn telephonically before me this ___27___ day of March, 2025

_EsWillett_____

HONORABLE Eileen S. Willett

United States Magistrate Judge